## FEE AGREEMENT

The undersigned, (hereinafter "Client") authorizes the law firm of O. Max Gardner, III, PC, (hereinafter "Attorney") to represent Client as legal counsel with respect to all matters regarding the filing of an individual Chapter 7 bankruptcy, including but not limited to the following terms:

1.      Attorney agrees to devote his professional abilities to this case.   Client understands that Attorney has made no promises or guarantees regarding the outcome of this matter.

2.      Client hereby agrees with Attorney to pay him a non-refundable, retainer for services rendered or to be rendered in the amount of $7,500.00 ("retainer fee").   The parties understand that the Attorney must decline other cases to take on this matter and for this reason and others the fee shall be non-refundable under any circumstances. Attorney acknowledges receipt of this fee by way of certified funds.   Attorney will bill against this retainer fee professional legal services at the rate of $325.00 per hour for Attorney's work, $150.00 per hour for any Associate Attorney working on this case, $90.00 per hour for any Paralegal working on the case, and $35.00 per hour for any Support Staff working on this case.  Once the retainer fee is used, the Client agrees to be responsible for the difference.

3.      Client acknowledges that any expenses shall also be billed against the retainer fee. Such expenses include but are not limited to Court costs, copies, facsimile charges, deposition fees, postage fees, federal express fees, service fees, witness fees, mileage expenses and other similar fees.

4.      Client acknowledges that the fee agreed upon herein is based upon either the hourly rate or a consideration of the number of hours a matter may take, the complexity of the case, the types of disputes involved and various other factors.

5.      Client agrees that if he dismisses Attorney, the above retainer fee is non-refundable.

I HAVE READ THIS FEE AGREEMENT BEFORE SIGNING.

Date: _____9 / 8 / 0 5_____          _____ (SEAL)
                                         Robert Robinson

ACCEPTED: _____
           O. Max Gardner, III

**AGREEMENT BETWEEN COUNSEL AND DEBTOR(S) CONCERNING
CREDITOR ACCOUNT NUMBERS AND SOCIAL SECURITY NUMBERS**

The undersigned debtor(s) hereby authorize the Law Offices of O. Max Gardner III, P.C., O. Max Gardner III and any officer, agent, or employee thereof to use our full account identification numbers and our Federal Social Security numbers when available in the preparation of our bankruptcy petition and schedules and in any form of communication, whether written or electronic, for all of our credit accounts to insure that all creditors, and all officers, agents, employees, and attorneys thereof have adequate information to ensure the proper identification by the said parties of our accounts and of the fact that we are currently debtors under Federal Bankruptcy Code and as such are fully protected from any type of adverse creditor action by virtue of the automatic stay.  This authorization will extend to and include either verbal or written or electronic verification to the said parties of the relevant account numbers and/or Social Security numbers as required or as deemed necessary and appropriate.  This authorization shall remain in full force and effect until and unless it is revoked by a written document duly executed by the undersigned parties and actually delivered to the Law Offices of O. Max Gardner III, P.C.  Any such written revocation shall become effective 15 days after receipt thereof.

This the 25th day of October 2005.


_____
Debtor signature


_____
Debtor signature

**United States Bankruptcy Court**
**Western District of North Carolina, Shelby Division**

IN RE:                                              Case No. **05-41406** _____

**Robinson, Robert Ray** _____    Chapter **7** _____
                                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 272,000.00 | | |
| B - Personal Property | Yes | 3 | 11,212.50 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 189 | | 10,001,743.42 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,207.45 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,206.29 |
| Total Number of Sheets in Schedules | | 203 | | | |
| Total Assets | | | 283,212.50 | | |
| Total Liabilities | | | | 10,001,743.42 | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Robinson, Robert Ray**

Debtor(s)

Case No. **05-41406**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **1/2 interest with wife, Linda Sparks Robinson, in 2 burial plots in Sunset Memorial Park Cemetery, Rutherfordton, Rutherford County, NC** | | J | 1,000.00 | 0.00 |
| **1/2 undivided interest with wife, Linda Sparks Robinson, in home and approx 1/2 acre at 107 Fairforest Drive, Rutherfordton, Rutherford County, North Carolina; property is exempt from claims against one spouse under Section 522(b)(2), which allows an individual debtor to exempt from property of the estate any interest in property in which the debtor had, immediately before the commencement of the case, an interest as tenant by the entirety to the extent such interest is exempt from process under applicable non-bankruptcy law** | **Tenancy by the Entirety** | J | 271,000.00 | 0.00 |
| | | **TOTAL** | 272,000.00 | |

(Report also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE A - REAL PROPERTY

IN RE **Robinson, Robert Ray**                                    Case No. **05-41406**

_____
Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leased.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash on hand** | | **200.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking - Wachovia** | | **1,000.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **1/2 int 2 sofas, loveseat, recliner, coffee table 500** | J | **250.00** |
| | | **1/2 int breakfast table & 4 chairs 300; d/r set 400** | J | **350.00** |
| | | **1/2 int desk 25; 2 wall units 125; grill 100** | J | **125.00** |
| | | **1/2 int micro 25; sm kit appl 100; dishwasher 50** | J | **87.50** |
| | | **1/2 int misc hhgs/linens 500; 3 tvs 200; vcr 20; dvd 20** | J | **370.00** |
| | | **1/2 int patio furn 100; weedeater 20; blower 20; misc tools 20** | J | **80.00** |
| | | **1/2 int sofa, 3 chairs, coffee table, buffet 500** | J | **250.00** |
| | | **1/2 int stereo 100; 4 b/r suits 1200; 2 computers 100** | J | **700.00** |
| | | **1/2 int washer 50; dryer 50; stove 50; refrig 100** | J | **125.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **1/2 int books 100** | J | **50.00** |
| 6. Wearing apparel. | | **Clothing & accessories** | | **400.00** |
| 7. Furs and jewelry. | | **Watch 200; wedding band 50** | | **250.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **357 Magnum 100; golf clubs 100** | | **200.00** |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | | **Debtor was owed a $10,000 note from Southeastern Transport, Inc., however, actual note payable was never written and** | | **0.00** |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE B - PERSONAL PROPERTY

IN RE **Robinson, Robert Ray**                                        Case No. **05-41406**

Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | **Southeastern now in Chapter 7 and defunct so not collectable** | | |
| 16. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1998 Cadillac Deville 4dr, 93,000 mi, standard options** | | **6,770.00** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE B - PERSONAL PROPERTY

IN RE **Robinson, Robert Ray**            Case No. **05-41406**

Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Other personal property of any kind not already listed. Itemize. | | **Potential personal injury settlement including, but not limited to, any claims for medical bills and lost wages** | | 1.00 |
| | | **Potential Social Security** | | 1.00 |
| | | **Potential Unemployment** | | 1.00 |
| | | **Potential VA Benefits** | | 1.00 |
| | | **Potential Workman's Comp** | | 1.00 |
| | | **The debtor(s) elects all exemptions to which the debtor(s) is entitled under NCGS 1C-1601(a) et seq. or otherwise available under applicable non-bankruptcy federal laws, state or local law as of the date of the filing of the petition at the place where the debtor(s) domicile has been located for the 180 days immediately preceding the filing of the petition, or for the longer portion of the 180 day period than in any other place.  The debtor(s) does not claim any exemption in any amount greater than permitted by the applicable exemption law.  Any exemption allowable pursuant to Section 1C-1601(a)(8) will be limited in amount to the extent provided by said Section and the debtor(s) will claim the amount exempt by an amended Schedule C before receiving the award or payment, and objections may then be made to the claimed exemption.** | | 0.00 |
| | | | **TOTAL** | **11,212.50** |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

**SCHEDULE B - PERSONAL PROPERTY**

**IN RE** Robinson, Robert Ray

Debtor(s)

Case No. **05-41406**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C. § 522(d). NOTE: These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **1/2 interest with wife, Linda Sparks Robinson, in 2 burial plots in Sunset Memorial Park Cemetery, Rutherfordton, Rutherford County, NC** | **G.S. § 1C-1601(a)(1)** | 500.00 | 1,000.00 |
| **1/2 undivided interest with wife, Linda Sparks Robinson, in home and approx 1/2 acre at 107 Fairforest Drive, Rutherfordton, Rutherford County, North Carolina; property is exempt from claims against one spouse under Section 522(b)(2), which allows an individual debtor to exempt from property of the estate any interest in property in which the debtor had, immediately before the commencement of the case, an interest as tenant by the entirety to the extent such interest is exempt from process under applicable non-bankruptcy law** | **188 NC 682; 125 SE 490; In re Crouch** | 100% | 271,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on hand** | **42 U.S.C. § 407** | 200.00 | 200.00 |
| **Checking - Wachovia** | **42 U.S.C. § 407** | 1,000.00 | 1,000.00 |
| **1/2 int 2 sofas, loveseat, recliner, coffee table 500** | **G.S. § 1C-1601(a)(4)** | 250.00 | 250.00 |
| **1/2 int breakfast table & 4 chairs 300; d/r set 400** | **G.S. § 1C-1601(a)(4)** | 350.00 | 350.00 |
| **1/2 int desk 25; 2 wall units 125; grill 100** | **G.S. § 1C-1601(a)(4)** | 125.00 | 125.00 |
| **1/2 int micro 25; sm kit appl 100; dishwasher 50** | **G.S. § 1C-1601(a)(4)** | 87.50 | 87.50 |
| **1/2 int misc hhgs/linens 500; 3 tvs 200; vcr 20; dvd 20** | **G.S. § 1C-1601(a)(4)** | 370.00 | 370.00 |
| **1/2 int patio furn 100; weedeater 20; blower 20; misc tools 20** | **G.S. § 1C-1601(a)(4)** | 80.00 | 80.00 |
| **1/2 int sofa, 3 chairs, coffee table, buffet 500** | **G.S. § 1C-1601(a)(4)** | 250.00 | 250.00 |
| **1/2 int stereo 100; 4 b/r suits 1200; 2 computers 100** | **G.S. § 1C-1601(a)(4)** | 700.00 | 700.00 |
| **1/2 int washer 50; dryer 50; stove 50; refrig 100** | **G.S. § 1C-1601(a)(4)** | 125.00 | 125.00 |
| **1/2 int books 100** | **G.S. § 1C-1601(a)(4)** | 50.00 | 50.00 |
| **Clothing & accessories** | **G.S. § 1C-1601(a)(4)** | 400.00 | 400.00 |
| **Watch 200; wedding band 50** | **G.S. § 1C-1601(a)(4)** | 250.00 | 250.00 |
| **1998 Cadillac Deville 4dr, 93,000 mi, standard options** | **G.S. § 1C-1601(a)(3)**<br>**G.S. § 1C-1601(a)(2)** | 1,500.00<br>3,000.00 | 6,770.00 |
| **Potential personal injury settlement including, but not limited to, any claims for** | **NCGS §1C-1601(a)(8) and In re Cynthia Thompson MDNC 04-50229 8/18/04** | 100% | 1.00 |

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**IN RE** Robinson, Robert Ray _____ Case No. **05-41406**
                        Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **medical bills and lost wages** | | | |
| **Potential Social Security** | **42 U.S.C. § 407** | **100%** | **1.00** |
| **Potential Unemployment** | **G.S. § 96-17(c) & 42 U.S.C. § 407** | **100%** | **1.00** |
| **Potential VA Benefits** | **USC 38§5301(a)/ 45 USC § 352** | **100%** | **1.00** |
| **Potential Workman's Comp** | **G.S. § 97-21** | **100%** | **1.00** |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**IN RE** Robinson, Robert Ray

Debtor(s)

Case No. **05-41406**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| | | | Value $ | | | | |
| Account No. | | | | | | | |
| | | | Value $ | | | | |
| Account No. | | | | | | | |
| | | | Value $ | | | | |
| Account No. | | | | | | | |
| | | | Value $ | | | | |
| Account No. | | | | | | | |
| | | | Value $ | | | | |

_____ **1** Continuation Sheets attached

Subtotal (Total of this page)

(Complete only on last sheet of Schedule D) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

**IN RE** Robinson, Robert Ray                                                    Case No. **05-41406**

Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### Continuation Sheet - Page 1 of 1

**The debtor herein denies all legal liability for corporate debts except to the extent of an allowable claim based on a personal written guarantee.  This disclaimer is hereby incorporated by reference in each and every debt or claim or notice on each of the schedules filed herein.**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

IN RE **Robinson, Robert Ray**                                Case No. **05-41406**
_____
Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entry on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

✔ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS
(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2)

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Other Certain Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** Continuation Sheets attached

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Robinson, Robert Ray                                      Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**3D Xpress Ltd**<br>**4953 Sword Rd.**<br>**Virginia Beach, VA  23455** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>**A & H Expediting Service**<br>**P.O. Box 92334**<br>**Rochester, NY  14623** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>**A.V. Transportation, Inc.**<br>**2103 9th Avenue**<br>**Camanche, IA  52732** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>**ABJ Express, Inc.**<br>**2983 Candlewick Lane**<br>**Farmers Branch, TX  75234** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 3,650.00 |
| Account No.<br><br>**Abraham M. Luna**<br>**9733 Orange Grove**<br>**Mercedes, TX  78570** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |

|  | | |
|---|---|---|
| _____**188** Continuation Sheets attached | Subtotal<br>(Total of this page) | 3,650.00 |
| | (Complete only on last sheet of Schedule F)  **TOTAL** | |
| | (Report total also on Summary of Schedules) | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                                    Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Accelerated Fast Freight**<br>**2875 S. Mendenhall Ste 3**<br>**Memphis, TN  38116** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**Accurate Trucking**<br>**324 Hwy 463 South**<br>**Turmann, AR  72472** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**Acordia**<br>**One Hillcrest Drive East**<br>**P.O. Box 1551**<br>**Charleston, WV  25326-1551** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**AFCO Credit Corporation**<br>**110 William St., 29th Floor**<br>**New York, NY  10038-3901** | | | Assignee or other notification for: Acordia | | | | |
| Account No.<br>**Continental Recovery Services**<br>**c/o Arthur Rivera**<br>**3355 Cochran St., Suite 100**<br>**Simi Valley, CA  93063** | | | Assignee or other notification for: Acordia | | | | |
| Account No.<br>**Rutherford Cty Clerk Of Court**<br>**File 04-CVS-552**<br>**P.O. Box 630**<br>**Rutherfordton, NC  28139-0630** | | | Assignee or other notification for: Acordia | | | | |
| Account No.<br>**W. Robinson Deaton, Jr.**<br>**Deaton Biggers & Gulden PLLC**<br>**P.O. Box 458**<br>**Shelby, NC  28150-4058** | | | Assignee or other notification for: Acordia | | | | |

Sheet _____**1**_____ of _____**188**_____ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray** _____   Case No. **05-41406**
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**William Hughes**<br>**NC Certified Mediator**<br>**P.O. Box 1441**<br>**Columbus, NC  28722** | | | Assignee or other notification for:<br>Acordia | | | | |
| Account No.<br>**Adam Steven Taylor**<br>**6003 Gold Mine Rd.**<br>**Nebo, NC  28761** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**Admark Graphic System**<br>**P.O. Box 2789**<br>**Huntersville, NC  28070** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **770.95** |
| Account No.<br>**Advanced Business System**<br>**P.O. Box 5836**<br>**Asheville, NC  28813** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **98.86** |
| Account No.<br>**Advantage Transport**<br>**196 N. West State Rd.**<br>**American Fort, UT  89003** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**C & F Foods, Inc.**<br>**15620 E. Valley Blvd.**<br>**City Of Industry, CA  91744** | | | Assignee or other notification for:<br>Advantage Transport | | | | |
| Account No.<br>**Patricia W. Harvey**<br>**Attorney At Law**<br>**46 Orchard St.,Suite C**<br>**Asheville, NC  28801** | | | Assignee or other notification for:<br>Advantage Transport | | | | |

Sheet _____ **2** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                          **869.81**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Robinson, Robert Ray**
_____
Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **AFLAC Atn Remittance Proc Ser 1932 Wynnton Rd. Columbus, GA 31999** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **AJS Trucking 7209 Concord Hwy Monroe, NC 28110** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Akers First Fleet 19601 Hwy 303 Rogers, AR 72756** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Alan Bright 16707 Keith Harrow Blvd. Houston, TX 77084** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Alan James Conner 553 McGraw Rd. Cowpens, SC 29330** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Alan R. Bright 16707 Keith Harrow Blvd. Houston, TX 77084** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 5,461.52 |
| Account No. **Alan R. Bright 16603 Ben Ledi Dr. Houston, TX 77084** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____**3**___ of _____**188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)  **5,461.52**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Robinson, Robert Ray** _____    Case No. **05-41406**
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Alan R. Hepner**<br>**3818 Somerton**<br>**La Porte, TX  77571** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Albert Jason Huffman**<br>**643 Jackson Ridge Rd.**<br>**Tazewell, TN  37879** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Alexandru Mititeanu**<br>**10 Lake Mist Court**<br>**Sugarland, TX  77479** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Alfonso Trucking**<br>**11353 SW 5th St**<br>**Miami, FL  33174** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Alfred C. Wilkerson**<br>**106 Springdale Dr.**<br>**Spindale, NC  28160** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Alfred Crisp**<br>**3387 Clarks Chapel Rd.**<br>**Lenoir, NC  28645** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Alfred Wilkerson**<br>**106 Springdale Dr.**<br>**Spindale, NC  28160** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 2,235.75 |

Sheet _____**4**____ of _____**188**____ Continuation Sheets attached to Schedule F

Subtotal<br>(Total of this page)    **2,235.75**

(Complete only on last sheet of Schedule F)  **TOTAL**<br>(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**
_____
Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**All Bright Sanitation**<br>**P.O. Box 816**<br>**Columbus, NC  28722** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **119.76** |
| Account No.<br><br>**All Over Trans Group, Inc.**<br>**P.O. Box 292461**<br>**Lewisville, TX  75029** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**All Points Trucking**<br>**123 Water St.**<br>**Henderson, NV  89015** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**Allen Dean Cruz**<br>**dba Cruz Trucking**<br>**669 State St.**<br>**Marion, NC  28752** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**Alliance Transporation Services**<br>**P.O. Box 876**<br>**Newark, TX  76071** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**Alphonso Carr**<br>**32-B Liberty Heights Dr.**<br>**Savannah, GA  31405** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**Alvin C. Moore**<br>**9200 Bissonnet**<br>**Houston, TX  77074** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |

Sheet _____**5** of _____**188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page) **119.76**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                                    Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Amanda L. Hill** <br> **3213 Hudlow Rd.** <br> **Forest City, NC  28043** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No. <br> **America Moving & Storage** <br> **Carriers Bureau Committee** <br> **1611 Duke St.** <br> **Alexandria, VA  22314-3482** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No. <br> **American Eagle Transport** <br> **P.O. Box 52193** <br> **Livonia, MI  48152** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No. <br> **American Expedited Freight** <br> **9030 General Dr, Ste F** <br> **Plymouth, MI  48170** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No. <br> **American National Logistics** <br> **202 N San Jacinto** <br> **Rockwall, TX  75087** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No. <br> **Andre Jerome Colbert** <br> **14614 Dartwood** <br> **Houston, TX  77049** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No. <br> **Andrew B. Carr** <br> **272 South Hill Dr.** <br> **Wellford, SC  29385** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |

Sheet _____**6** of _____**188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**

Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Andrew Fruster<br>4360 Laclair Drive<br>Columbia, SC  29209** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Angela Lassiter Moore<br>4102 Skipper Rd.<br>Tampa, FL  33613** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Angelia D. Wilson<br>309 Dogwood Lane<br>Spindale, NC  28160** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Anka Trucking<br>117 Marine Ave<br>Brooklyn, NY  11209** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Ankor<br>1383 Glengray Ln<br>Wheeling, IL  60090** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Ann R. Morgan<br>4427 Turnberry Pl.<br>Niceville, FL  32578** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Anntoinette Wilson<br>2201 Tipps Rd.<br>Hickory, NC  28602** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____**7** of _____**188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**
_____
Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Anthony Darryl Herring** <br> **154 Sycamore St.** <br> **Forest City, NC  28043** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Anthony Earl Gardner** <br> **5502 Hohen** <br> **Houston, TX  77091** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Anthony Edwin Melton** <br> **9142 Lanigan St.** <br> **Charlotte, NC  28277** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Anthony Hughes** <br> **2601 South Braeswood #1102** <br> **Houston, TX  77025** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Antonio Cardenas** <br> **10834 Lilleux** <br> **Houston, TX  77067** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Arel Transport** <br> **112 Bieder Ave.** <br> **Sanford, IL  32773** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Arthur Lee Legette** <br> **408 S. Mullins Street** <br> **Mullins, SC  29574** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **8** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                    Case No. **05-41406**
_____
                    Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Arthur R. Wilson<br>2821 McKelroy Ave.<br>Anniston, AL 36201 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 5,277.01 |
| Account No.<br><br>Arthur Wilson<br>423 Coleta Dr.<br>Anniston, AL 36206 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Ashley L. Ballinger<br>186 Kemit Court<br>Bostic, NC 28018 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>ASL Transportation<br>860 Sicklerville Rd.<br>Williamstown, NJ 08094 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Atkins Trucking<br>1661 State Hwy 19<br>Detroit, AL 35552 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>ATS Transport<br>4201 W. 36th St.<br>Chicago, IL 60632 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>B & M Trucking<br>P.O. Box 1376<br>Gallatin, TN 37066 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____**9**___ of _____**188**___ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                    **5,277.01**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE Robinson, Robert Ray
_____
Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**B-T, Inc.** <br>**1443 Industrial Rd SW** <br>**Lemars, IA  51031** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No. <br><br>**B. Keith Blanton** <br>**241 Bishop Court** <br>**Rutherfordton, NC  28139** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No. <br><br>**B.R. Logistics LLC** <br>**P.O. Box 10777** <br>**Houston, TX  77206** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No. <br><br>**Barbara Mahffey Klutz** <br>**2607 20th Street Lane NE** <br>**Hickory, NC  28601** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No. <br><br>**Bargo Transportation** <br>**1305 Caracara Dr.** <br>**New Bern, NC  28560** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No. <br><br>**Barnet, Inc.** <br>**1619 Barnets Mill Rd.** <br>**Camden, OH  45311** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No. <br><br>**Barry A. Besch** <br>**503 Valentine Lane** <br>**Wylie, TX  75098** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |

Sheet _____**10** of _____**188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

**IN RE** Robinson, Robert Ray
_____
Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** <br><br> **Barry D. Sowers** <br> **112 Howie Drive** <br> **Mount Holly, NC  28120** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| **Account No.** <br><br> **Barry W. Barnes** <br> **P.O. Box 54** <br> **State Road, NC  28676** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| **Account No.** <br><br> **Baylor Trucking** <br> **9269 E. State Rd 48** <br> **Milan, IN  47031** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| **Account No.** <br><br> **Baypark Trucking, Inc.** <br> **250 Hebron Church Rd.** <br> **Bishopville, SC  29010** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| **Account No.** <br><br> **Bell & Company, PA** <br> **4508 Burrow Dr.** <br> **North Little Rock, AR  72116** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| **Account No.** <br><br> **Bell Trucking** <br> **107 Forklanding Rd.** <br> **Cinnaminson, NJ  08077** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| **Account No.** <br><br> **Belvin H. Smart** <br> **5666 Gold Creek Bay** <br> **Hickory, NC  28601** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |

Sheet _____**11**___ of _____**188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**        Case No. **05-41406**

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Benjamin C. Davenport**<br>**6501 Turkey Rd.**<br>**Kannapolis, NC 28083** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Benjamin Mazer Trucking**<br>**50-52 Metro Way**<br>**Secaucus, NJ 07094** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Bennett Dist**<br>**P.O. Box 4055**<br>**Utica, NY 13504** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Bennett Trucking**<br>**Rt 4 Box 503-A**<br>**Wadesboro, NC 28107** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Bertram L. Sells, Jr.**<br>**2700 West Main St.**<br>**Tupelo, MS 38804** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Best Transport**<br>**950 Taylor Station Rd., Suite R**<br>**Columbus, OH 43230** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 173.50 |
| Account No.<br>**Betty Staggs**<br>**704 Barton**<br>**Red Oak, TX 75154** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |

Sheet _____**12** of _____**188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    **173.50**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Robinson, Robert Ray**                                  Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Beverly A. Willard** <br> **2698 Dillard Rd.** <br> **Belden, MS  38826** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Beverly J. Townsend** <br> **5141 Goldfinch St.** <br> **Granite Falls, NC  28630-8397** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **BFI** <br> **North Houston** <br> **8101 Little York Rd.** <br> **Houston, TX  77016-2435** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 262.43 |
| Account No. <br><br> **Biba Transport** <br> **3404 Tori Lonne Ave.** <br> **Bakersfield, CA  93313** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Billie R. Wright** <br> **6427 Heath** <br> **Houston, TX  77016** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Billy H. Pucket** <br> **500 Oak Summit Rd.** <br> **Winston-Salem, NC  27105** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Black Arrow Truck Co** <br> **1300 S. Willow St.** <br> **Denver, CO  80247** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____**13**___ of _____**188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)          **262.43**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Robinson, Robert Ray**                                          Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Blair Nationwide**<br>**2103 Videto Ln**<br>**Jackson, MI  49202** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**Blanton Lawn Care**<br>**196 Hodge St.**<br>**Rutherfordton, NC  28139** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **100.00** |
| Account No.<br><br>**Blume Farms & Cattle**<br>**1024 Center Rd**<br>**Dorchester, WI  54425** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**Bobby Gene Lackey**<br>**128 Deerfield Lane**<br>**Statesville, NC  28677** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**Bobby J. Martin**<br>**85 Dry Pond Rd.**<br>**Marshall, NC  28753** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**Bobby R. Washington**<br>**10114 Valley Breeze**<br>**Houston, TX  77078** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**Bobby Ray Rouse**<br>**89 Ambrosia Lane**<br>**Fletcher, NC  28732** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |

Sheet _____**14**___ of _____**188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)          **100.00**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**
_____
Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **Bobby Scott Mace** **864 Pleasant Hill Loop Rd.** **Rutherfordton, NC  28139** | | | | | | | **0.00** |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **Bobby Ted Sams** **219 Buckwood Dr.** **Marshall, NC  28753** | | | | | | | **0.00** |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **Bobby Williams** **3664 Hwy 222 West** **Fountain, NC  27829** | | | | | | | **0.00** |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **Bobby Wilson Trucking** **P.O. Box 312** **Tallaposa, GA  30176** | | | | | | | **0.00** |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **Bost Trucking** **692 Buckeye St.** **Chillicothe, OH  45601** | | | | | | | **90.00** |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **BR Fleet Services, LLC** **P.O. Box 10777** **Houston, TX  77206** | | | | | | | **0.00** |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **Bradus Thornton** **1494 N. High St. #2G** **Columbus, OH  43201** | | | | | | | **0.00** |

Sheet _____ **15** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)   **90.00**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Robinson, Robert Ray**
_____
Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Brandy M. Pritchard 300 Morehead Rd. Marion, NC  28752 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Brenda Hook P.O. Box X423 Reedsville, PA  17084 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Brenda J. Bryant 837 West Sunset Springfield, MO  65807 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Brenda T. Frye 5325 Queens Creek Rd. Hickory, NC  28602 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Brenda W. Johnson 2160 Holly Springs Church Rd. Williamston, NC  27892 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Bri & Bri Transport 1218 Ingle Rd Wayland, MI  49348 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Brian K. Biddle P.O. Box 1872 Marion, NC  28752 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **16** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray** _____   Case No. **05-41406**
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.**<br>Brian L. Harbison<br>172-C 19th Street NW<br>Hickory, NC  28601 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| **Account No.**<br>Broad River Water Authority<br>P.O. Box 37<br>Spindale, NC  28160 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 257.58 |
| **Account No.**<br>Broken Arrow Transport<br>2930 Bellermans Ch Rd<br>Mohrsville, PA  19641 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 7,000.40 |
| **Account No.**<br>Bruce Allen Spivey<br>125 Stepstone Lane<br>Union Mills, NC  28167 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| **Account No.**<br>Bruce D. Land<br>7138 Samuel Dr.<br>Millville, NJ  08332 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| **Account No.**<br>Bruce Ellis Lyons<br>805 South Grace St.<br>Rocky Mount, NC  27803 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| **Account No.**<br>BTI<br>P.O. Box 96026<br>Charlotte, NC  28296-0026 | | | Terminated utility services for SET | | | | 17,935.51 |

Sheet _____ **17** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)   **25,193.49**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**                                          Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bullet Express**<br>**1909 Stadsklev Rd**<br>**Marianna, FL  32448** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**Bullock Transport**<br>**9264 Sahabi Rd**<br>**Kernersville, NC  27284** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**Burke South, Inc.**<br>**Attn: Diane Burke**<br>**6065 Stateboro Hwy**<br>**Sylvania, GA  30467** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**Byran's Express, Inc.**<br>**709 Preston Drive**<br>**Laredo, TX  78045** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**C & S Trucking**<br>**1300 South French Ave.**<br>**Sanford, FL  32771** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**CAF Inc**<br>**P.O. Box 177**<br>**Canton, PA  17724** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**Calvin C. Funderbunk**<br>**2529 Legion Rd.**<br>**Smyrna, SC  29743** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **18** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                                Case No. **05-41406**

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Campbell's Cleaning Service** <br> **P.O. Box 6** <br> **Forest City, NC  28043** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 870.00 |
| Account No. <br><br> **Capital Atlantic Transit** <br> **P.O. Box 246** <br> **Sims, NC  27880** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Capstone Financial Management LLC** <br> **P.O. Box 674257** <br> **Marietta, GA  30006-0072** | | | Terminated utility services | | | | 1,587.91 |
| Account No. <br><br> **Cargo Depot** <br> **9018 Tesoro Dr #100** <br> **San Antonio, TX  78217** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Cargo Management** <br> **1019 4th Ave.** <br> **Lester, PA  19113** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Cargoline Trucking** <br> **11264 Southwest Hwy** <br> **Palos Hills, IL  60465** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Caribbean Carriers** <br> **10680 NW 37 Terrace** <br> **Miami, FL  33178** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **19** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page) | **2,457.91**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**

Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Carl J. Redcross<br>P.O. Box 401<br>Burnsville, NC  28714 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Carlton Lee Groff<br>P.O. Box 176<br>Dundee, FL  33838 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Carmen Colbert<br>7219 Teel<br>West Texas City, TX  77591 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 1,260.26 |
| Account No.<br><br>Carol J. Guest<br>170 Turks Place<br>Forest City, NC  28043 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Caroleasing<br>P.O. Drawer 488<br>Hickory, NC  28603 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 638,731.50 |
| Account No.<br><br>Carolina First Bank<br>340 Charlotte Rd.<br>Rutherfordton, NC  28139-3033 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 22,000.00 |
| Account No.<br><br>Carolina First Bank<br>74 Patton Ave.<br>Asheville, NC  28801 | | | Assignee or other notification for: Carolina First Bank | | | | |

Sheet _____ **20** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)   **661,991.76**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                    Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Henderson County Clerk Of Court**<br>**File 05-CVD-1212**<br>**P.O. Box 965**<br>**Hendersonville, NC  28793** | | | **Assignee or other notification for:**<br>**Carolina First Bank** | | | | |
| Account No.<br><br>**Mark A. Pinkston, Esq.**<br>**Van Winkle Law Firm**<br>**P.O. Box 7376**<br>**Asheville, NC  28802-7376** | | | **Assignee or other notification for:**<br>**Carolina First Bank** | | | | |
| Account No.<br><br>**Carolina Mills, Inc.**<br>**705 Lovelady Rd.**<br>**Valdese, NC  28690** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>**Carolina Truck Centers**<br>**P.O. Drawer 488**<br>**Hickory, NC  28602** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>**Carolyn R. Branch**<br>**329 Beverly Circle**<br>**Crystal Springs, MS  39059** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>**Catholic Social Services**<br>**701 E. Columbia St.**<br>**Springfield, OH  45503** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>**Cathy Lynn Kenny**<br>**P.O. Box 370**<br>**Candler, NC  28715** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |

Sheet _____ **21** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**

Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **Catskill Express** **One Compass Rd** **Ft Lauderdale, FL  33308** | | | | | | | **0.00** |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **CDX Inc** **P.O. Box 249** **Bethel, OH  45106** | | | | | | | **0.00** |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **Cecil R. Morgan** **1878 Mudcut Rd.** **Marion, NC  28752** | | | | | | | **0.00** |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **Chad Edward Crawford** **176 Erwin St.** **Coleemee, NC  27014** | | | | | | | **0.00** |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **Chad S. Bailey** **123 Eastview Drive** **Bostic, NC  28018** | | | | | | | **0.00** |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **Chad S. Humphries** **180 Plum Creek Rd.** **Ellenboro, NC  28040** | | | | | | | **0.00** |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **Charles A. Williams** **37110 Dalton Rd.** **P.O. Box 362** **Deer Park, WA  99006** | | | | | | | **0.00** |

Sheet _____ **22** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**                                    Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **Charles Audason Green 1175 Bridges Rd. Forest City, NC  28043** | | | | | | | **0.00** |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **Charles B. Eline 2j08 Old Toms Creek Rd. Marion, NC  28752** | | | | | | | **0.00** |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **Charles D. Tolbert 1786 Balltown Rd. Bryson City, NC  28713** | | | | | | | **0.00** |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **Charles Dean Taylor 1001 Bristol Rd. Box 160 Laredo, TX  45078** | | | | | | | **0.00** |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **Charles Dellinger 1518 Red Rd. Shelby, NC  28152** | | | | | | | **0.00** |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **Charles E. Adams P.O. Box 2477 Marion, NC  28752** | | | | | | | **0.00** |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **Charles E. Crutchfield 640 Dobson St. Kernersville, NC  27284** | | | | | | | **0.00** |

Sheet _____ **23** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

**IN RE** Robinson, Robert Ray

Case No. **05-41406**

_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Charles E. Crutchfield** <br> **434 Third Ave South** <br> **Kure Beach, NC  28449** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Charles Edward Young** <br> **5800 Weddington Matthews Rd** <br> **Matthews, NC  28104** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Charles F. Smith** <br> **P.O. Box 781** <br> **Rutherfordton, NC  28139** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Charles F. Stacks** <br> **955 S. Grove Blvd. Lot 8** <br> **Kingsland, GA  31548** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Charles Gary Payne Jr.** <br> **1016 Movavia St.** <br> **Winston-Salem, NC  27105** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 3,243.28 |
| Account No. <br><br> **Charles J. Tucker** <br> **P.O. Box 19752** <br> **Greensboro, NC  27419** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Charles Jason Price** <br> **P.O. Box 1388** <br> **Ellenboro, NC  28040** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **24** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page) **3,243.28**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**                                           Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Charles L. Smith II**<br>**25 Little Trestle Rd.**<br>**Cross Hill, SC  29332** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **60.37** |
| Account No.<br><br>**Charles Mark Wheeler**<br>**181 Edwards Street**<br>**Waynesville, NC  28786** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**Charles Pardue**<br>**301 North Washington St.**<br>**Rutherfordton, NC  28139** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**Charles Payne**<br>**P.O. Box 64**<br>**Winston-Salem, NC  27102** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**Charles Randall Davidson**<br>**4980 Hudlow Rd.**<br>**Union Mills, NC  28167** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**Charles Ray Spriggs**<br>**449 Manilla St.**<br>**Greenville, MS  38701** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**Charles Ray Spriggs**<br>**107 Galloway St.**<br>**Metcalfe, MS  38760** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |

Sheet _____ **25** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)   **60.37**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**
_____
Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Charles Robert Massey 83 Hemlock Ridge Dr. Nebo, NC  28761** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Charles Russell Sylvester 1191 Upper Sawyers Creek Robbinsville, NC  28771** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Charles S.Kimbrell 710 N. Washington St., Apt C2 Rutherfordton, NC  28139** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Charles Steven Ashley 1882 J.C. Propst St. Morganton, NC  28655** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Charlie Hoover Anthony, Jr. 2201 Riverside Rd. Shelby, NC  28152** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Chastene Mitchell 1310 South Teal Estates Fresno, TX  77545** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 3,121.51 |
| Account No. **Chastene Mitchell 5214 Lyndhurst Houston, TX  77033** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____**26** of _____**188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)  **3,121.51**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**
_____
Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Chester News & Reporter**<br>**P.O. Box 250**<br>**Chester, SC 29706** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 38.40 |
| Account No.<br>**Chris Harper**<br>**106 Gorman Rd.**<br>**Volonia, AR 72173** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Chris K. Stommel**<br>**138 Edgewood Drive**<br>**Forest City, NC 28043** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Chris Oxendine**<br>**185 Travelers Rest Lane**<br>**Rutherfordton, NC 28139** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Cintas Corp.**<br>**121 Landers Rd.**<br>**Spartanburg, NC 29303** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 3,675.98 |
| Account No.<br>**CIT Technology Financial Service**<br>**P.O. Box 1638**<br>**Livingston, NJ 07039** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 1,745.13 |
| Account No.<br>**CitiCapital (SM)**<br>**P.O. Box 6229**<br>**Carol Stream, IL 60197-6229** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **27** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)    **5,459.51**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Robinson, Robert Ray**                                        Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **City Of Houston** P.O. Box 1560 Houston, TX 77002-1553 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **113.50** |
| Account No. **Clarence Thomas Greiser** 300 Church St., #1 Valdese, NC 28690 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. **Claude N. Robbins** P.O. 275 Pisgah Forest, NC 28768 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. **Claypool Trucking** P.O. Box 261 Gibbon, NE 68840 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. **Clayton W. Kanzigg** 3 Cross Lake Lane Greer, SC 29651 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. **Clifford A. Davis** c/o Crumley & Associates 817 E. Morehead St., Suite 100 Charlotte, NC 28202 | | | Pending workman's compensation matter | X | X | X | **0.00** |
| Account No. **Crumley & Associates** J. William Snyder, Jr., Esq. 1100-A S. Stratford Rd., Suite 523 Winston-Salem, NC 27103 | | | Assignee or other notification for: Clifford A. Davis | | | | |

Sheet _____**28**___ of _____**188**___ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page) **113.50**

(Complete only on last sheet of Schedule F) **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Robinson, Robert Ray

Debtor(s)                                                  Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Guilford County Clerk Of Court<br>P.O. Box 3008<br>Greensboro, NC  27402 | | | Assignee or other notification for:<br>Clifford A. Davis | | | | |
| Account No.<br><br>N.C. Attorney General's Office<br>P.O. Box 12812<br>Research Triangle Park, NC  27709-2812 | | | Assignee or other notification for:<br>Clifford A. Davis | | | | |
| Account No.<br><br>N.C. Industrial Commission<br>Atn: Deputy Comm George Hall<br>4838 Mail Service Center<br>Raleigh, NC  27699 | | | Assignee or other notification for:<br>Clifford A. Davis | | | | |
| Account No.<br><br>Clifford Dale Buss<br>P.O. Box 87<br>Mountain Home, AR  72654 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 5,305.04 |
| Account No.<br><br>Clifford Dale Buss<br>172 Robin Dr.<br>Mountain Home, AR  72653 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Clifford L. Propst<br>964 2nd Street Place SW<br>Hickory, NC  28602 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Clifford M. Lambert<br>10010 Kirkbluff Dr.<br>Houston, TX  77089 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet ____**29** of ____**188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)     **5,305.04**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**                                           Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Clyde Edward Vance** <br> **514 Parris Rd.** <br> **Rutherfordton, NC  28139** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | <br><br><br>**0.00** |
| Account No. <br><br> **Clyde W. Earley** <br> **P.O. Box 32** <br> **Caroleen, NC  28019** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | <br><br><br>**0.00** |
| Account No. <br><br> **CNH Capital America LLC** <br> **P.O. Box 3600** <br> **New Holland, PA  17601** | | | Potential deficiency balance from sale of 5 Kenworth trucks repossessed in August 2005 | | | | <br><br><br>**unknown** |
| Account No. <br><br> **Coach Transport, Inc.** <br> **1510 Jim Walter Dr.** <br> **Texarkana, AR  71854** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | <br><br><br>**0.00** |
| Account No. <br><br> **Cochise Contracting Co.** <br> **P.O. Box 598** <br> **Cherokee, NC  28719** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | <br><br><br>**0.00** |
| Account No. <br><br> **Codysur Trucking** <br> **2691 E 77 Sunshine Strip** <br> **San Benito, TX  78586** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | <br><br><br>**0.00** |
| Account No. <br><br> **Colvin's Run, Inc.** <br> **P.O. Box 1232** <br> **Altert Lea, MN  56007** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | <br><br><br>**0.00** |

Sheet _____**30** of _____**188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray** _____   Case No. **05-41406**
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Comdata Transceiver**<br>**P.O. Box 548**<br>**Brentwood, TN  37024** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 56.00 |
| Account No.<br>**Commissioner Of Taxation**<br>**P.O. Box 26824**<br>**New York, NY  10087-6824** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 251.37 |
| Account No.<br>**Competitive Trucking**<br>**8130 Reid Ave.**<br>**Jacksonville, FL  32208** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Connie S. Thompson**<br>**P.O. Box 3093**<br>**Marion, NC  28752** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Consolidated Tires, Inc.**<br>**P.O. Box 5884**<br>**Greenville, SC  29606** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 16,823.45 |
| Account No.<br>**Continental Freight Services CFS**<br>**P.O. Box 804**<br>**Blythewood, SC  29016** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Cooper Kenworth**<br>**2340 Hwy. 70 SW**<br>**Hickory, NC  28602** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 820.34 |

Sheet ____**31**____ of _____**188**_____ Continuation Sheets attached to Schedule F

Subtotal (Total of this page) **17,951.16**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

**IN RE** Robinson, Robert Ray

Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Corey Steward 7522 Sebring Dr. Memphis, TN 38109 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Cornelius I. Edgerton, Jr. 337 Hollis Rd. Ellenboro, NC 28040 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Cowbow Express 2511 Brentwood Ave. Mission, TX 78572 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Cox Motor Express, Inc. 1465 Alamance Church Rd. Greensboro, NC 27406 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Craig M. Harris 1026 Alpha Dr. Shelby, NC 28150 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Cresta 940 E NW Hwy Mt Prospect, IL 60056 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Criselio M. Cardenas 1051 E. Frontage Rd., Lot #4 La Feria, TX 78559 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 10,071.62 |

Sheet _____ **32** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)  **10,071.62**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**IN RE** Robinson, Robert Ray

_____
Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CTL Truck Lines** <br> **119 Rosendale Dr.** <br> **Dalton, GA  30721** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Curtis Henry** <br> **7629 Bretshire** <br> **Houston, TX  77016** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Curtis Kyles Trucking** <br> **2210 Needmore Rd.** <br> **Woodleaf, NC  27054** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Curtis Ray Eddings** <br> **506 A Rhododendron** <br> **Black Mountain, NC  28711** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Curtis Ross Basnight** <br> **90 Sunny Bank Dr.** <br> **Lynchburg, VA  24502** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Curtis S. Styles** <br> **P.O. Box 757** <br> **Valdese, NC  28690** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Cynthia P. Rogers** <br> **940 Home Trail** <br> **Gastonia, NC  28052** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **33** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ- Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray** _____    Case No. **05-41406**
_____Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**D & D Transport, Inc.**<br>**4869 Peavey Dr.**<br>**Meridian, MS  39301** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. <br><br>**DAC Services**<br>**Dept. #130**<br>**P.O. Box 21228**<br>**Tulsa, OK  74121-1228** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 789.89 |
| Account No. <br><br>**Dale A. Stafford**<br>**P.O. Box 248**<br>**Swannanoa, NC  28778** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. <br><br>**Dale L. Marsh**<br>**283 Barbara Trail**<br>**Livingston, TX  77351** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. <br><br>**Dale's Transportation, Inc.**<br>**P.O. Box 187**<br>**Whitesburg, TX  37891** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. <br><br>**Damon Hawkins**<br>**3409 S. Briarknoll Dr.**<br>**Houston, TX  77082** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. <br><br>**Dan Allen**<br>**P.O. Box 167864**<br>**Irving, TX  75016** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |

Sheet _____**34** of _____**188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)  **789.89**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                                              Case No. **05-41406**
_____
Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Dani E. Sheffey**<br>**137 Colt Thornburg Rd.**<br>**Dallas, NC  28034** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**Daniel A. O'Malley**<br>**4491 Cadbury Rd.**<br>**Spring Hill, FL  34606** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **671.02** |
| Account No.<br><br>**Daniel Bowman**<br>**405 Double Bridge Rd.**<br>**Demorest, GA  30535** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**Daniel K. Wright**<br>**204 Harrison Ave.**<br>**Swannoa, NC  28778** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**Daniel Lee Hyatt**<br>**748 Old River Rd.**<br>**Starks, LA  70661** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**Daniel St. Julian**<br>**8725 Village Of Fordren**<br>**Houston, TX  77071** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**Danny R. Matthews**<br>**1010 Gilbert St.**<br>**Hendersonville, NC  28792** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |

Sheet _____ **35** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                                 **671.02**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Robinson, Robert Ray**
_____
Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Dansco** <br> **P.O. Box 127** <br> **Decatur, NE  60802** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. <br><br> **Darlene W. Warren** <br> **P.O. Box 1445** <br> **Forest City, NC  28043** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. <br><br> **Darrel Andrews Trucking** <br> **1365 Harold Andrews Rd** <br> **Siler City, NC  27344** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. <br><br> **Darrell D. Dulaney** <br> **154 Harley Way Rd.** <br> **Spruce Pine, NC  28777** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. <br><br> **Darrell J. Barrett** <br> **115 Clover Drive** <br> **Fletcher, NC  28732** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **104.34** |
| Account No. <br><br> **Darrell L. Pirkey** <br> **23054 Apple Arbor** <br> **Spring, TX  77373** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. <br><br> **Darren Scott Miles** <br> **1089 Bennie Derrough Rd.** <br> **Derider, LA  70634** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |

Sheet _____ **36** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page) **104.34**

(Complete only on last sheet of Schedule F) **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Robinson, Robert Ray _____  Case No. **05-41406**
                         Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Darrius Carter <br> 609 E. Carpenter St. <br> Dallas, NC  28034 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | <br><br><br> 0.00 |
| Account No. <br><br> Darryl Robin Moseley, Jr. <br> 209 Holland Memorial Church Rd. <br> Bessemer City, NC  28016 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | <br><br><br> 0.00 |
| Account No. <br><br> Data Imaging & Assoc. <br> P.O. Box 2226 <br> Hickory, NC  28603 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | <br><br><br> 1,039.77 |
| Account No. <br><br> David A. Travis <br> 160 Mt. Royal Dr. <br> Arden, NC  28704 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | <br><br><br> 0.00 |
| Account No. <br><br> David C. Harrill <br> 1953 Pearidge Rd. <br> Bostic, NC  28018 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | <br><br><br> 0.00 |
| Account No. <br><br> David C. Pyle <br> 884 Columbia 66 <br> Stephens, AR  71764 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | <br><br><br> 0.00 |
| Account No. <br><br> David Daniel McClain <br> 4165 Harmony Grove Rd. <br> Nebo, NC  28761 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | <br><br><br> 0.00 |

Sheet _____ **37** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)  **1,039.77**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray** _____   Case No. **05-41406**
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**David E. Ball<br>5485 Grubbs St.<br>Winston-Salem, NC  27105** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**David F. Ball<br>8503 Kelly Lee Dr.<br>Stokesville, NC  27357** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**David H. Buff<br>127 East 6th St.<br>Marion, NC  28752** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**David H. Ware<br>104 Beaver Dam Dr.<br>Shelby, NC  28150** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**David L. Dehart<br>Box 11, 168 Gregory Hill Rd.<br>Topton, NC  28781** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**David L. Goad<br>P.O. Box 6281<br>Kingsport, TN  37663** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**David L. Knight<br>P.O. Box 153<br>Rockwood, TN  37854** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |

Sheet _____**38** of _____**188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**
_____
Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **David Moore** <br> **1369 Sandlake Circle** <br> **Tampa, FL  33613** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. <br><br> **David Mulligan** <br> **438 Cooley Springs School Rd.** <br> **Chesnee, SC  29323** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. <br><br> **David Russell McCoy** <br> **7629 Megan Lane** <br> **Indianapolis, IN  46256** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. <br><br> **David S. Burkhardt** <br> **3306 Falling Brok** <br> **Kingwood, TX  77345** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. <br><br> **David W. Dutton** <br> **13 Farrow St.** <br> **Great Falls, SC  29055** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 489.67 |
| Account No. <br><br> **Davidson Brothers** <br> **450 Runville Rd** <br> **Bellefonte, PA  16823** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. <br><br> **Dax L. Haynes** <br> **7 Baker Rd.** <br> **Asheville, NC  28806** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |

Sheet _____ **39** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)  **489.67**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                           Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**DC Transport**<br>**4725 Kelton Way**<br>**Sacramento, CA  95838** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**DC Trucking**<br>**P.O. Box 8**<br>**Avon, MA  02322** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**Dean A. Jackson**<br>**114 Wilkins St.**<br>**Forest City, NC  28043** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**Dean Tapp**<br>**991 McAbee Rd.**<br>**Spartanburg, SC  29306** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**Deans Swartzentruber**<br>**11046 Wood Lane**<br>**Greenwood, DE  19950** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**Debner Transportation**<br>**2671 Log Cabin Rd**<br>**Chetek, WI  54728** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**Deborah Skipper**<br>**P.O. Box 524**<br>**Cliffside, NC  28024** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |

Sheet _____ **40** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**IN RE** Robinson, Robert Ray _____  Case No. **05-41406**

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **Debra Baswell** **P.O. Box 43** **Glen, MS  38846** | | | | | | | 0.00 |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **Dedicated Fatime Express** **155 E Vine St** **Hatfield, PA  19440** | | | | | | | 0.00 |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **Delbert E. Proctor** **72 Breanna Drive** **Marion, NC  28752** | | | | | | | 0.00 |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **Delrey Dion Bowie** **7939 Way** **Houston, TX  77028** | | | | | | | 0.00 |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **Denise Hysler** **358 Dysart Rd.** **Cliffside, NC  28024** | | | | | | | 0.00 |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **Dennis Lavern Gray** **602 Owensby Rd.** **Rutherfordton, NC  28139** | | | | | | | 0.00 |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **Dennis M. Hardee** **4130 Oak Hollow Dr.** **Morganton, NC  28655** | | | | | | | 0.00 |

Sheet _____ **41** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

**IN RE** Robinson, Robert Ray
_____
Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Dennis P. McClellan<br>111 Owens Meadow Ct.<br>Piedmont, SC  29673 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Dennis Trucking<br>P.O. Box 1223<br>Green Forest, AR  72638 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Desert Run Transporation Services, LLC<br>418 Ephesus Court<br>Socorro, TX  79927 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Detlef Hicks<br>215 Buckingham Rd.<br>Gray, TN  37615 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Diana L. Ideker<br>1917 Rosewood<br>Huntsville, TX  77340 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Diesel Express, Inc.<br>P.O. Box 97<br>Hickory Flat, MS  38633 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Direct Access Taget<br>P.O. Box 2499<br>Chino, CA  91708 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **42** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**

Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Don Johnson<br>7302 Corporate Dr., Apt 1604<br>Houston, TX  77036 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Donald Baswell<br>160 CR 329<br>Corinth, MS  38837 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 1,074.06 |
| Account No.<br><br>Donald Baswell<br>P.O. Box 43<br>Glen, MS 38846 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Donald D. Morris II<br>410 Water Street<br>Allegan, MI  49010 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Donald F. Frost<br>1168 Newport Rd.<br>Raphine, VA  24472 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Donald G. Edwards<br>Rt 1 Box 644-A<br>Marion, NC  28752 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Donald Moss<br>Horizon Transporters<br>400 Harrill St.<br>Spring Lake, NC  28390 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____**43** of _____**188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)  **1,074.06**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE Robinson, Robert Ray

Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Donald Ray Sparks 1442 Arlee Dr., Lot 2 Shelby, NC  28150 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.  Donald Ray Turney 1768 Proposal Ave. Chester, SC  29706 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.  Donald Wayne Sanford 665 W. Dumplin Valley Jefferson City, TN  67760 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 7,135.03 |
| Account No.  Donald William West P.O. Box 1047 Mountain View, MO  65548 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.  Donna S. Kuykendall 54 Avalon Dr. Marion, NC  28752 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.  Double D Express 28459 Beechwood St. Garden City, MI  48135 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.  Douglas G. Melton P.O. Box 1293 Canton, NC  28716 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet \_\_\_\_**44**\_\_ of \_\_\_\_**188**\_\_ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

**7,135.03**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**                                          Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| Douglas L. Lincoln 5334 Apala Dr. Houston, TX  77032 | | | | | | | 0.00 |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| Douglas R. Linkous 3422 Huffine Rd. Gibsonville, NC  27249 | | | | | | | 0.00 |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| Dream Land 400 Duncan Ave. Jersey City, NJ  07306 | | | | | | | 0.00 |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| Drews Trucking, Inc. 710 Ralph Lemorande Lane Oconto Falls, WI  54154 | | | | | | | 0.00 |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| DTL Transportation 301 Northstar Ct Sanford, FL  32771 | | | | | | | 0.00 |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| Duane Keith McNeilly 130 Boykin Place Forest City, NC  28043 | | | | | | | 0.00 |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| Duke Power Company P.O. Box 70516 Charlotte, NC  28272-0516 | | | | | | | 5,041.68 |

Sheet _____ **45** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)          **5,041.68**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**              Case No. **05-41406**

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Durward Jasper Jones**<br>**237 Meadowlark Dr.**<br>**Spruce Pine, NC 28777** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>**Dwanne L. Smedley**<br>**1632 Co Rd 10**<br>**Heflin, AL 36264** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>**Dwaysala D. Anderson**<br>**P.O. Box 767**<br>**Crosby, TX 77532** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>**DWS Fleet Management**<br>**Darry Smith**<br>**21 Lake St.**<br>**Wrentham, MA 02093-1214** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 6,384.83 |
| Account No.<br><br>**E Conrad Trucking**<br>**1285 Industrial Ave.**<br>**Van Wert, OH 45891** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>**E Z Trucking**<br>**12779 Rt 66**<br>**Clarion, PA 16214** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>**E-Z Trucking**<br>**P.O. Box 280**<br>**Pekin, IN 47165** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |

Sheet _____ **46** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)      **6,384.83**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**
Debtor(s)                                    Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Eagle Logistics<br>1311 12th Ave NE<br>Jamestown, ND  58402** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Earl C. Zeimer<br>869 Germantown Rd.<br>Wilkesboro, NC  28697** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Earl David Capps<br>2909 Cray Drive Exit<br>Archdale, NC  27263** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Earlene R. Reece<br>153 Polyanna Creek Rd.<br>Canton, NC  28716** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Earnest Taylor<br>4703 Chevron Rd.<br>Memphis, TN  38118** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**East Coast Transport<br>P.O. Box 168<br>Paulsboro, NJ  08066** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Echo Trucking<br>4910 Dozier Rd.<br>Carrollton, TX  75010** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |

Sheet _____ **47** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**                                         Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ECM Transport, Inc.**<br>**P.O. Box 113**<br>**Springdale, PA  15144** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**Economy Transport Group, Inc.**<br>**410 Atando Ave.**<br>**Charlotte, NC  28206** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**Eddie J. Johnson**<br>**3774 Boulder Trail**<br>**Martinez, GA  30907** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**Eddie Lewis Allen**<br>**2972 16th Street NE**<br>**Hickory, NC  28601** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**Eddie Tyrone Wilson**<br>**122 Press Sweezy Rd.**<br>**Kings Mountain, NC  28086** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**Edmond Knight**<br>**5151 Hatcher Hill Rd.**<br>**Wallace, SC  29596** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**Edward Gary Elser**<br>**7429 Long Point #802**<br>**Houston, TX  77055** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **781.94** |

Sheet _____ **48** of _____ **188** Continuation Sheets attached to Schedule F

| | Subtotal (Total of this page) | **781.94** |
|---|---|---|
| | (Complete only on last sheet of Schedule F)  **TOTAL** | |

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**

Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Edward Gary Elser** <br> **10423 Timberwood Dr.** <br> **Houston, TX  77043** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Edward Marks** <br> **P.O. Box 539** <br> **Perdido, AL  36562** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 1,171.44 |
| Account No. <br><br> **Edward Marks** <br> **534 Johnson Rd.** <br> **Perdido, AL  36562** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Edward Randall Knight** <br> **5151 Hatcher Hill Rd.** <br> **Wallace, SC  29596** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Edward Ray Simpkins** <br> **5129 Lenox** <br> **Spencer, OK  73084** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Edwin Harley Fox** <br> **12301 San Fernando #813** <br> **Sylmar, CA  91342** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Edwin Lee Anderson** <br> **5200 Bridgestone Court** <br> **Greensboro, NC  27406** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **49** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)   **1,171.44**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                           Case No. **05-41406**

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **EFS Transportation Service** <br> **Attn: Trucking Acct. Rec.** <br> **2525 Horizen Lk. Dr., Ste 120** <br> **Memphis, TN  38133** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 6,712.56 |
| Account No. <br><br> **EG Trucking** <br> **25833 West Oakridge Rd.** <br> **Orlando, FL  32809** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Elodie F. Medford** <br> **1105 Beams Mill Rd.** <br> **Ellenboro, NC  28040** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Emergency Breakdown** <br> **P.O. Box 2882** <br> **Shelby, NC  28151** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 1,063.35 |
| Account No. <br><br> **Emmett E. Monroe, Jr.** <br> **239 Maple Street Apt. 301B** <br> **Rutherfordton, NC  28139** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Emmett Jay Davis** <br> **740 E. Main St.** <br> **Forest City, NC  28043** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Employment Security Commission Of NC** <br> **P.O. Box 26504** <br> **Raleigh, NC  27611-6504** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **50** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)                     **7,775.91**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                    Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Epes Transport System, Inc.** <br> **3400 Edgefield Court** <br> **Greensboro, NC  27409** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Eric F. Snyder** <br> **13564 Cool Springs Rd.** <br> **Cleveland, NC  27013** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Erick A. Woodard** <br> **09 Carver St.** <br> **Spindale, NC  28160** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Erick M. Harbison** <br> **9 N. Highland Ave.** <br> **Granite Falls, NC  28630** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Erin Borchert** <br> **110 Wilder Lane** <br> **Kings Mountain, NC  28086** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Ernest W. Cash, Jr.** <br> **309 Oak Manor Dr., Apt 202** <br> **Glenburnie, MD  21061** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Ernie James Means** <br> **P.O. Box 764** <br> **Deridder, LA  70634** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____**51**_ of _____**188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray** _____   Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Estaban Meneses Vazquez**<br>**60 Carolyn Rd.**<br>**Hiddenite, NC  28636** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**ETC Transportation**<br>**874 Bud Cleary Rd**<br>**Stantonville, TN  39379** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**Eugene Jackson**<br>**5514 Conrad**<br>**Monroe, LA  71202** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**Evalyn G. Stewart**<br>**2642 Bill Collins Rd.**<br>**Tryon, NC  28782** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**Evesham Trucking**<br>**20 La Cascata**<br>**Clementon, NJ  08021** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**Excalibur Trans. Group, Inc.**<br>**P.O. Box 1230**<br>**Texarkana, TX  75504** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**Express Freight System**<br>**329 Wauhatchie Pike**<br>**Chattanooga, TN  37419** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |

Sheet _____ **52** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray** _____   Case No. **05-41406**
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Extreme Logistics, LLC <br> 15707 Hwy 70E <br> Lenoir City, TN 37772 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> Faith Express <br> 2928 Hyde Place <br> Kings Port, TN 37664 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 2,857.77 |
| Account No. <br><br> Faith Express <br> 4460 NW 3rd Place <br> Plantation, FL 33317 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> Fastrak <br> 2311 Rt 310 <br> Reynoldsville, PA 15851 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> Federico Caballero <br> P.O. Box 530634 <br> Harlingen, TX 78552 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> Financial Federal <br> 10715 David Taylor Dr <br> Charlotte, NC 28262 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> Beverly Kaufman <br> Harris County Clerk Of Court <br> P.O. Box 1525 <br> Houston, TX 77251-1525 | | | Assignee or other notification for: Financial Federal | | | | |

Sheet _____**53** of _____**188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)            **2,857.77**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                    Case No. **05-41406**

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**First Citizens Bank**<br>**P.O. Box 29519**<br>**Raleigh, NC  27626-0519** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 8,100.00 |
| Account No.<br>**First USA**<br>**3191 Coral Way #622**<br>**Miami, FL  33145** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Fleetpride**<br>**201 Sweeten Creek Ind. Pk.**<br>**Asheville, NC  28803** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 12,426.35 |
| Account No.<br>**Fleetpride**<br>**P.O. Box 847118.**<br>**Dallas, TX  75264-7118** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 8,762.75 |
| Account No.<br>**Fletcher Trucking**<br>**P.O. Box 1748**<br>**Brandon, MS  39043** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Florida Carrier & Trucking, Inc.**<br>**7835 NW 72 Ave.**<br>**Medley, FL  33166** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Florida Freightways**<br>**1099A Commerce Ave.**<br>**Haines City, FL  33844** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |

Sheet _____**54** of _____**188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)          **29,289.10**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                          Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Florida Interstate Trucking**<br>**12763 NW 13 Court**<br>**Coral Springs, FL  33071** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Floyd E. Tate**<br>**139 Kay Street**<br>**Forest City, NC  28043** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**FMC Transportation, LLC**<br>**P.O. Box 2566**<br>**Great Falls, MT  59401** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 3,400.00 |
| Account No.<br>**FMC Transportation, LLC**<br>**P.O. Box 2547**<br>**Great Falls, MT  59401** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **7705**<br>**Ford Motor Credit Company**<br>**Nat'l Recovery Dept**<br>**P.O. Box 6508**<br>**Mesa, AZ  85216-6508** | | | Deficiency balance for repossessed truck | | | | 17,458.14 |
| Account No.<br>**Carolina Kenworth/Hickory**<br>**2340 Hwy 70 SW**<br>**Hickory, NC  28602** | | | Assignee or other notification for: Ford Motor Credit Company | | | | |
| Account No. **7772**<br>**Ford Motor Credit Company**<br>**P.O. Box 537950**<br>**Livonia, MI  48153** | | | Deficiency balance for repossessed truck | | | | 17,600.08 |

Sheet _____**55**_ of _____**188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)          **38,458.22**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**

Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Ford Motor Credit Company** <br> **Nat'l Recovery Dept** <br> **P.O. Box 6508** <br> **Mesa, AZ  85216-6508** | | | **Assignee or other notification for:** <br> **Ford Motor Credit Company** | | | | |
| Account No. <br> **Ford Motor Credit Company** <br> **P.O. Box 689007** <br> **Franklin, TN  37068-9007** | | | **Assignee or other notification for:** <br> **Ford Motor Credit Company** | | | | |
| Account No. <br> **Ford Motor Credit Company** <br> **Central Collections** <br> **P.O. Box 537901** <br> **Livonia, MI  48153-7901** | | | **Assignee or other notification for:** <br> **Ford Motor Credit Company** | | | | |
| Account No. <br> **Ford Motor Credit Company** <br> **Drawer 55-953** <br> **P.O. Box 55000** <br> **Detroit, MI  48255** | | | **Assignee or other notification for:** <br> **Ford Motor Credit Company** | | | | |
| Account No. <br> **Ford Motor Credit Company** <br> **Legal Dept.** <br> **P.O. Box 6044** <br> **Dearborn, MI  48126** | | | **Assignee or other notification for:** <br> **Ford Motor Credit Company** | | | | |
| Account No. <br> **Pamela P. Keenan, Esq.** <br> **Kirschbaum, Nanney, Keenan & Griffin PA** <br> **P.O. Box 19766** <br> **Raleigh, NC  27619-9766** | | | **Assignee or other notification for:** <br> **Ford Motor Credit Company** | | | | |
| Account No. **7844** <br> **Ford Motor Credit Company** <br> **Nat'l Recovery Dept** <br> **P.O. Box 6508** <br> **Mesa, AZ  85216-6508** | | | **Deficiency balance for repossessed truck** | | | | 21,491.73 |

Sheet _____ **56** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

21,491.73

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                             Case No. **05-41406**

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7917** <br><br> **Ford Motor Credit Company** <br> **Nat'l Recovery Dept** <br> **P.O. Box 6508** <br> **Mesa, AZ 85216-6508** | | | Deficiency balance for repossessed truck | | | | 17,111.76 |
| Account No. <br><br> **Ford Motor Credit Company** <br> **Nat'l Recovery Dept** <br> **P.O. Box 6508** <br> **Mesa, AZ 85216-6508** | | | Deficiency balance for repossessed truck | | | | 21,487.43 |
| Account No. <br><br> **Foster Lee Williams** <br> **899 Pinckney Rd., Lot 5** <br> **Chester, SC 29706** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Fountain Electric, Inc.** <br> **244 Callahan-Koon Rd.** <br> **Spindale, NC 28160** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 1,348.56 |
| Account No. <br><br> **Francis Edward Backlund** <br> **357 Meadow Brook Farm Rd.** <br> **Lexington, NC 27295** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Francisco Cardenas** <br> **2815 Pine Mils Dr.** <br> **League City, TX 77573** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Frank Daniel Loving** <br> **3320 Pacolet Hwy** <br> **Gaffney, SC 29340** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **57** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page) **39,947.75**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**                                          Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Frank Deland Ramsey**<br>**3504 Gardenbrook Dr.**<br>**Augusta, GA  30906** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **1,537.77** |
| Account No.<br><br>**Frank E. Cartlidge**<br>**HC01 Box 500**<br>**Cleveland, TX  77327** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**Frank E. King**<br>**4748 US 441 South**<br>**Sylva, NC  28779** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**Frank Smith, Jr Trucking**<br>**377 Persons Rd**<br>**Cedartown, GA  30125** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**Franklin D. Ramsey**<br>**3504 Gardenbrook Drive**<br>**Augusta, GA  30906** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**Franklin J. Dickerson**<br>**3886 Wyatt Farm Rd.**<br>**Axton, VA  24054** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**Franklin Winston Rector II**<br>**217 Bent Tree Rd.**<br>**Rockport, WV  26169** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |

Sheet _____**58** of _____**188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    **1,537.77**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**                                              Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Fred Williams**<br>**117 Tilting Rock Dr.**<br>**Hopkins, SC  29061** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**Frederick B. Bremer**<br>**2152 Bad Creek Rd.**<br>**Bakersville, NC  28705** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**Frederick W. Muller**<br>**P.O. Box 459**<br>**Old Fort, NC  28762** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**Freedom Express**<br>**P.O. Box 71533**<br>**Albany, GA  31708** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**Freedom Express**<br>**P.O. Box 211127**<br>**Eagan, MN  55121** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**Freedom Transportation, Inc.**<br>**P.O. Box 7107**<br>**Statesville, NC  28687** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**Freight All Kind**<br>**1811 Perkins Ave Apt 6**<br>**Mission, TX  78572** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____**59** of _____**188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Robinson, Robert Ray**
_____
Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **FST <br> 2040 Atlas St <br> Columbus, OH  43228** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. <br> **Furman Palmer Smith III <br> 2875 McLellan Dr. <br> Morganton, NC  28655** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. <br> **G. Allen Toney <br> 107 Kinship Pl <br> Rutherfordton, NC  28139** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. <br> **G. Brent McGee <br> McGee Enterprises <br> 2129 Ike Stone Rd. <br> Monroe, NC  28112** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. <br> **Gabriel Serna <br> 316 Bearle St. <br> Pasadena, TX  77506** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. <br> **Gail D. Preece, Sr. <br> 4678 Rockview Pl. <br> Hudson, NC  28638** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. <br> **Gainey Transportation Services <br> 6000 Clay Avenue SW <br> Grand Rapids, MI  49548** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |

Sheet _____ **60** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**                                      Case No. **05-41406**

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Garland L. Ferguson 807 W. Union St, Apt H Morganton, NC  28655 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Garland Ray Linder 3407 Old Country Lane Claremont, NC  28610 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Garry K. Brooks P.O. Box 785 Tryon, NC  28782 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Gary A. Buchanan P.O. Box 401 Newland, NC  28657 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Gary D. Parsons 8124 Young Rd. Hickory, NC  28602 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Gary Dean Messer 36 Beck St. Marion, NC  28752 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Gary E. Morgan 24418 Okehampton Tomball, TX  77375 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **61** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**

Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Gary L. Salvatore**<br>**306 Allendale St.**<br>**Pasedena, TX  77502** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | <br><br><br>**0.00** |
| Account No. <br><br>**Gary M. Harris**<br>**123 Ida Lane**<br>**Shady Springs, WV  25918** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | <br><br><br>**0.00** |
| Account No. <br><br>**Gary Morgan**<br>**4105 Plantation Dr.**<br>**Morganton, NC  28655** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | <br><br><br>**212,513.40** |
| Account No. <br><br>**Gary W. Rich**<br>**3389 Jewel St.**<br>**Morganton, NC  28655** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | <br><br><br>**0.00** |
| Account No. <br><br>**Gary W. Vaughn**<br>**1198 Old Mooresboro Rd.**<br>**Mooresboro, NC  28114** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | <br><br><br>**0.00** |
| Account No. <br><br>**Gary Wayne Finley**<br>**P.O. Box 506**<br>**Nebo, NC  28761** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | <br><br><br>**0.00** |
| Account No. **2928** <br><br>**GE Commercial Finance**<br>**P.O. Box 7247-0315**<br>**Philadelphia, PA  19170-0315** | | | **Late charges** | | | | <br><br><br>**236.13** |

Sheet _____ **62** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

**212,749.53**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Robinson, Robert Ray**                                             Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**GE Equipment Service**<br>**1906 Bancroft St.**<br>**Charlotte, NC  28206** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **2,264,871.24** |
| Account No.<br>**Geler**<br>**8399 NW 66 St Ste 1**<br>**Miami, FL  33166** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Geobah Delivery Service**<br>**153 Edward Drive**<br>**Swedesboro, NJ  08085** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**George Connell**<br>**357 Kingwood Dr.**<br>**Forest City, NC  28043** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **587.22** |
| Account No.<br>**George Connell**<br>**357 Kingwood Dr.**<br>**Forest City, NC  28043** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **1,614.24** |
| Account No.<br>**George Edward Connell, Jr.**<br>**357 Kingwood Dr.**<br>**Forest City, NC  28043** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**George Linder III**<br>**P.O. Box 182**<br>**Nebo, NC  28761** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |

Sheet _____ **63** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)    **2,267,072.70**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                              Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> George M. Lake, Jr. <br> 2086 US Hwy 70 West <br> Marion, NC  28752 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> George P. Bolen <br> P.O. Box 605 <br> Bowling Green, SC  29703 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> George R. Kaye <br> 4 Garden St. <br> Little Falls, NJ  07424 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> George William Kirby <br> 232 Dandelion Drive <br> Taylorsville, NC  28681 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> Georgia Freight Warehouse <br> P.O. Box 277 <br> Iron City, GA  39859 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> Gerald Houges <br> 1320 Solomon Pl. <br> Augusta, GA  30901 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> Gerald Hurst <br> Hurst Transportation, Inc. <br> 1370 Eden Rd. <br> Awendaw, SC  29429 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet _____ **64** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE Robinson, Robert Ray

Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Gerald I. Hempstead <br> 116 Duard Reavis Rd. <br> Mocksville, NC  27028 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> Gilberto Perez <br> 902 West Johnson <br> Harlingen, TX  78550 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> Glenn M. Russ <br> 250 Old Sunshine Rd. <br> P.O. Box 314 <br> Bostic, NC  28018 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> Global Carriers, Inc. <br> PMB 387 <br> 1112 North Main St. <br> Manteca, CA  95336 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> Gourley's Transport <br> 3505 Franklin Street <br> Chesapeake, VA  23324 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> Greg A. Parsons <br> P.O. Box 619 <br> Glen Alpine, NC  28628 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> Greg A. Parsons <br> 4022 Martin Ave. <br> Morganton, NC  28655 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **65** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**                                                    Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Gregg Neal**<br>**9523 Sharp Crest St.**<br>**Houston, TX  77036** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Gregory D. Clontz**<br>**202 Old River Dr.**<br>**Morganton, NC  28655** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Gregory Eugene Crudup**<br>**673 Highland Ave.**<br>**Henderson, NC  27536** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Gregory James Short**<br>**dba Short's Trucking**<br>**154 Chevy Lane**<br>**Ellenboro, NC  28040** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Gregory T. Houges**<br>**107 Forrest Dr.**<br>**Jackson, SC  29831** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Griffith-Stroud Construction & Leasing**<br>**85 Oates Rd., Bldg 2A**<br>**Houston, TX  77013** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Grover Franklin Owens**<br>**1750 Oakland Rd.**<br>**Forest City, NC  28043** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____**66** of _____**188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**

Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Gulf Stream Express** 631 Buckner Rd Columbia, SC 29203 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Gulfstream Express, Inc.** 631 Buckner Rd. Columbia, SC 29203 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Gwen L. Childress** 16626 Cromarty Court Houston, TX 77084 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Gypsum Express** 8280 Sixty Rd. Baldwinville, NY 13027 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Hagan Kennington** P.O. Box 1124 Gastonia, NC 28053 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 2,079.21 |
| Account No. **Hal Smith III** 415 Fairburn Rd SW Apt 207 Atlanta, GA 30331 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Hall Trucking** 11257 N Texas Gas Rd Oaktown, IN 47561 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **67** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)    **2,079.21**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**
_____   Case No. **05-41406**
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Hallmart Trucking** <br> **2213 Cloverleaf Rd** <br> **Wilson, NC  27894** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Haro Trucking** <br> **111 Gasline Rd** <br> **San Juan, TX  78589** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 5,600.00 |
| Account No. <br><br> **Harold D. Guffey** <br> **165 Wintergreen Dr.** <br> **Ellenboro, NC  28040** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Harold Dale Hall** <br> **139 West Marion Street** <br> **Greenville, SC  29617** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Harold Gene Ogle** <br> **Star Route Box 31-A** <br> **Weogufka, AL  35183** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 2,977.00 |
| Account No. <br><br> **Harold Kirby Queen** <br> **51 Melrose Place** <br> **Sylva, NC  28779** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Harold W. Woolard** <br> **1645 NC Hwy 102 W.** <br> **Chocowinity, NC  27817** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **68** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)   **8,577.00**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**                                      Case No. **05-41406**

_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Harry Lee Childers** <br> **6028 70 West** <br> **Old Fort, NC  28762** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Harry Seymore Maynard** <br> **P.O. Box 177** <br> **Connelly Springs, NC  28612** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Hartt Transportation** <br> **262 Bomarc Rd.** <br> **Bangor, ME  04402** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Haste Transportation** <br> **P.O. Box 3435** <br> **Decatur, IL  62524** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Hawley** <br> **506 Pender St E Ste 1** <br> **Wilson, NC  27893** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Hawley Transport Services, Inc.** <br> **165 Walnut Grove Rd.** <br> **Greenville, TN  37743** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Hay Dot Trucking** <br> **32220 Rd C** <br> **Inland, NE  68954** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **69** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Robinson, Robert Ray** _____    Case No. **05-41406**

_____Debtor(s)_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Henry Jackson Murrill<br>7 Robbins Circle<br>Lexington, NC  27292 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 614.98 |
| Account No.<br><br>Henry M. Weaver<br>2647 16th Ave. Place NE<br>Hickory, NC  28601 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Henry Parker<br>9103 N. Green River<br>Houston, TX  77078 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Henry R. Johnson<br>742 W. 27th<br>Houston, TX  77008 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Henry Von Ledford<br>118 Apt B Holy Land<br>Forest City, NC  28043 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Hercorp Transport, Inc.<br>745 Carol Street<br>Woodstock, IL  60098 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Hercules Wolfe<br>P.O. Box 392<br>Cordova, SC  29039 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 2,070.49 |

Sheet _____**70** of _____**188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)     **2,685.47**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray** _____   Case No. **05-41406**
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Heritage Transport** **3621 Cleveland Ave.** **Ft Myers, FL 33901** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. **Hernan E. Quintero** **11910 Solon Spring Dr.** **Tomball, TX 77375** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. **HG Transport** **13373 La Casita Ave** **Springhill, FL 34609** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. **Hillbilly Trucking** **P.O. Box 674** **Thonotosassa, FL 33592** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. **Hiner Transport** **1350 S Jefferson St** **Huntington, NJ 08016** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. **HNI Risk Services** **16805 W. Cleveland Ave.** **New Berlin, WI 53151-0187** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **62,558.86** |
| Account No. **Holland Transfer Company** **P.O. Box 552** **Statesville, NC 28687** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |

Sheet _____ **71** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)     **62,558.86**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray** _____   Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Horizon Transports 336 Cherokee Ln Lillington, NC  27546** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Houston Independent School District P.O. Box 4668 Houston, TX  77210-4668** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 1,317.26 |
| Account No. **Howard W. Hill 3213 Hudlow Rd. Forest City, NC  28043** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Hubert Randolph P.O. Box 157 Riverside, AL  35135** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Hudson Transportation 101 Hudson St. Troy, AL  36081** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Hummingbird Truck Lines 4770 NW 65 Ave Lauderhill, FL  33319** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **I & L Trucking 2847 Boones Creek Rd #1 Gray, TN  37615** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **72** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)   **1,317.26**

(Complete only on last sheet of Schedule F)  **TOTAL**   _____

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                      Case No. **05-41406**
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Imperial Eagle Express, Inc.**<br>**6303 N. Cicero Ave.**<br>**Chicago, IL  60646** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 10,100.00 |
| Account No.<br>**Integrated Decision Support**<br>**899 Presidential Dr., Suite 117**<br>**Richardson, TX  75081** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 19,096.00 |
| Account No.<br>**Ion Rosu**<br>**17915 N. 65th Dr.**<br>**Glendale, AZ  85308** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Irene Sandy Carrizales**<br>**223 Amundsen**<br>**Houston, TX  77009** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**IRS Special Procedures**<br>**320 Federal Place Room 335**<br>**Greensboro, NC  27401** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Isaiah Staley**<br>**8100 Bayfield Rd. #23-C**<br>**Columbia, SC  29223** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**J & H Enterprises**<br>**6254 Hunters Point**<br>**Lebanon, TN  37087** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |

Sheet _____ **73** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)                    **29,196.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Robinson, Robert Ray** _____ Case No. **05-41406**
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **J & M Walker Trucking 7992 N Co Rd 105E Shelburn, IN  47879** | | | | | | | **0.00** |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **J. Nicole Eller-Biggs 289 Miller Avenue Marion, NC  28752** | | | | | | | **0.00** |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **Jack N. Church 467 Wiggins Road Mooresville, NC  28115** | | | | | | | **0.00** |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **Jacob J. Biever Midway Trucking Services LLC North 135 Hwy 1 Randon Lake, WI  53075** | | | | | | | **0.00** |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **Jacqueline M. Garrett 111 Reservation Dr., Apt 10 Spindale, NC  28160** | | | | | | | **0.00** |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **Jaime Antonio Cruz 402 Vince St. Pasadena, TX  77506** | | | | | | | **0.00** |
| Account No. | | | For notice purposes regarding any potential personal liability for corporate debt | | | | |
| **James A. Monroe 1844 Wingate Gastonia, NC  28052** | | | | | | | **0.00** |

Sheet _____ **74** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE Robinson, Robert Ray                                              Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**James Allen Robinson**<br>**1364 Chicken Foot Rd.**<br>**Tar Hill, NC  28392** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**James Alton Barrett**<br>**123 Goa Way**<br>**Rutherfordton, NC  28139** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**James Arthur Bethea**<br>**P.O. Box 663**<br>**Clio, SC  29525** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**James B. Deviney**<br>**754 Southwest Blvd.**<br>**Newton, NC  28658** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**James C. Thompson**<br>**3241 Spencer Rd.**<br>**Conover, NC  28613** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**James Daniel Webb**<br>**292 Chestnut Oak Forest Dr.**<br>**Nebo, NC  28761** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**James Darden**<br>**383 East Bend Dr.**<br>**Greenville, NC  27858** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **418.36** |

Sheet _____**75**_ of _____**188**_ Continuation Sheets attached to Schedule F

| | Subtotal (Total of this page) | **418.36** |
|---|---|---|
| | (Complete only on last sheet of Schedule F)  **TOTAL** | |

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**                                                    Case No. **05-41406**

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **James Dean Hartson** <br> **358 Stonewall** <br> **Streetman, TX  75859** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **James E. Born** <br> **6353 Old Linville Rd.** <br> **Marion, NC  28752** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **James E. King** <br> **13480 S. Thorntree #405** <br> **Houston, TX  77015** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **James E. Lee** <br> **14007 Fleetwell** <br> **Houston, TX  77045** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **James E. Parrish** <br> **479 Gilgal Rd.** <br> **Sylvania, GA  30467** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **James Edward Radica** <br> **142 Hicks Rd.** <br> **Grover, NC  28073** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **James F. Pernell** <br> **120 Washington Dr.** <br> **Campobello, SC  29322** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **76** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**                                          Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**James Gilmer Wood**<br>**3101 Seven Mountain Dr.**<br>**Fayetteville, NC  28306** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>**James Grimes**<br>**14545 Bammel N Houston Rd Apt 912**<br>**Houston, TX  77104** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>**James Harland Arrowood**<br>**263 Forest Lake Rd.**<br>**Forest City, NC  28043** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>**James J. Kight, Jr.**<br>**210 Lone Oak Dr.**<br>**Senoia, GA  30276** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>**James King**<br>**12007 Kings Grove Dr.**<br>**Houston, TX  77044** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>**James L. Armstrong**<br>**331 Springwood Drive**<br>**Conroe, TX  77385** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>**James L. Price**<br>**131 Whitesides Rd.**<br>**Rutherfordton, NC  28139** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |

Sheet _____**77**___ of _____**188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                    Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**James Lee Carroll<br>P.O. Box 1412<br>Columbus, OH  28722** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**James Lyall<br>dba J.L. Transport<br>4748 Hwy 16 North<br>Crumpler, NC  28617** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**James M. Davis<br>Rte 2 Box 10101<br>San Augustine, TX  75972** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**James M. Kenny<br>P.O. Box 370<br>Candler, NC  28715** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**James M. Rose<br>123 Miller Rd.<br>P.O. Box 314<br>Kemp, TX  75143** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**James McArthur Anderson<br>47 US Hwy 120<br>Mooresboro, NC  28114** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**James Michael Wyatt<br>P.O. Box 1140<br>Flat Rock, NC  28731** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |

Sheet _____ **78** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**

Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**James Palmer Smith, Jr.**<br>**1343 Cape Hickory Rd.**<br>**Hickory, NC  28601** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>**James R. Ramsey**<br>**105 Sara Lane Apt C**<br>**Morganton, NC  28655** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>**James R. Womack**<br>**556 Starling Rd.**<br>**Lake Lure, NC  28746** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>**James Richardson Trucking**<br>**23801 Byers Rd**<br>**Boscobal, WI  53805** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>**James Russell Womack**<br>**556 Starling Rd.**<br>**Lake Lure, NC  28746** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>**James Scott**<br>**8306 Buckeye Glen Lane**<br>**Humble, TX  77338** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 3,488.66 |
| Account No.<br><br>**James T. Darden**<br>**383 East Bend Drive**<br>**Greenville, NC  27858** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |

Sheet _____ **79** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)   **3,488.66**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**
_____
Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **James W. Barro** 14000 Ella Blvd. #209 Houston, TX 77014 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **James W. Sanford** P.O. Box 760 Ellenboro, NC 28040 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **James W. Whiteside** 145 Boiler Rd. Mooresboro, NC 28114 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **James Walker** 122 Miller Rd. Rutherfordton, NC 28139 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **James Whitley Gorman, Jr.** 434 Arrowood Rd. Rutherfordton, NC 28139 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Janet L. Owens** P.O. Box 523 Cliffside, NC 28024 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Janice S. Gragg** 110 Meadowbrook Lane Marion, NC 28752 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **80** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F) **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                          Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Janis G. Doering**<br>**11532 Candlelight Court**<br>**Charlotte, NC  28226** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Jason Roland Hill**<br>**3213 Hudlow Rd.**<br>**Forest City, NC  28043** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Jason S. Sprouse**<br>**802 Long Branch Rd., Lot 12**<br>**Forest City, NC  28043** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**JBP Enterprises, LLC**<br>**12124 Harry Hines Blvd.**<br>**Dallas, TX  75234** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Jeffery Brion Cox**<br>**2876 Cherry Ridge Dr.**<br>**Newton, NC  28601** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Jeffrey A. Willard**<br>**119 Moriah School Rd.**<br>**P.O. Box 240**<br>**Casar, NC  28020** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Jeffrey L. McCormick**<br>**1212 Elliot Farm Rd.**<br>**Fayetteville, NC  28311** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |

Sheet _____**81**___ of _____**188**___ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                        Case No. **05-41406**

_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jeffrey Lee Spikes**<br>**2463 Grandfather Court**<br>**Lenoir, NC  28645** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**Jennifer J. Killough**<br>**760 Old Clear Creek Rd.**<br>**Marion, NC  28752** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**Jennin's Transportation**<br>**1825 W 79th St**<br>**Hialeah, FL  33014** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**Jeremy Douglas Pritchard**<br>**5125 Goldfinch Ct.**<br>**Granite Falls, NC  28630** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**Jerome Lee Lewis**<br>**2905 Lander Court**<br>**Hephzibah, GA  30815** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**Jerry D. Somerset, Sr.**<br>**333 Quinn Rd.**<br>**Clover, SC  29710** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**Jerry Delane Bryant**<br>**P.O. Box 1883**<br>**Drexel, NC  28637** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |

Sheet _____ **82** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray** _____   Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Jerry Donald Blanton**<br>**5604 221 South Lot 14**<br>**Forest City, NC  28043** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Jerry H. Partian, Jr.**<br>**338 Cann Rd.**<br>**Anderson, SC  29625** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Jerry R. Chapman**<br>**Rt. 2 Box 153**<br>**Buna, TX  77612** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Jerry R. King**<br>**63 Sun Valley Dr.**<br>**Alexander, NC  28701** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Jerry Ray**<br>**P.O. Box 944**<br>**Saluda, NC  28773** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Jerry Ray Iler**<br>**1586 Old Columbus Rd.**<br>**Bowdon, GA  30108** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Jerry Roger Hamrick**<br>**1311 Lackey St.**<br>**Shelby, NC  28152** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **83** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray** _____ Case No. **05-41406**

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Jerry Walters** <br> **247 Crowe Dairy Rd.** <br> **Forest City, NC 28043** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Jesse A. Tripp** <br> **10811 Maple Rock St.** <br> **Humble, TX 77396** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Jesse C. Ward II** <br> **117 East Filmore** <br> **Harlingen, TX 78550** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Jesse E. Lail** <br> **3081 Harmony St.** <br> **Connelly Springs, NC 28612** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Jessica Tripp** <br> **158 Coach Rd.** <br> **Houston, TX 77060** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Jessie J. Yancy** <br> **P.O. Box 366** <br> **Wellford, SC 29385** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Jesus R. Acosta** <br> **P.O. Box 1331** <br> **Burlington, VT 05401** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **84** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F) **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray** | Case No. **05-41406**
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jet, Inc**<br>**506 E Booth Ave**<br>**Searcy, AR  72143** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>**Jim Cole & Sons Wrecker**<br>**115 Skyview Ave.**<br>**Forest City, NC  28043** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 350.00 |
| Account No.<br><br>**Jimmy D. Houser**<br>**11 Blackwood Lane**<br>**Palmyra, VA  22963** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>**Jimmy L. Meeks**<br>**2436 Union Rd.**<br>**Gastonia, NC  28054** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>**Jimmy L. Smedley**<br>**2524 Noble St.**<br>**Anniston, AL  36201** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>**JJ Keller**<br>**3003 W. Breezewood Ln., P.O. Box 548**<br>**Neenah, WI  54957-0368** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 800.96 |
| Account No.<br><br>**Joan B. Alder**<br>**217 Acrdinal Road**<br>**Rutherfordton, NC  28139** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |

Sheet _____ **85** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page) | **1,150.96**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray** _____   Case No. **05-41406**

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Joe E. Thompson, Jr.<br>331 Cutters Hill Ct<br>Lexington, KY  40509 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Joe L. Osborne<br>7610 Shotwell<br>Houston, TX  77016 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Joe Thomas McCormick<br>2156F Chester Ridge Dr.<br>High Point, NC  27262 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Joel David Byrd<br>P.O. Box 763<br>Newton, NC  28658 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Joel Eric Weaver<br>326 Roy Huskey Rd.<br>Rutherfordton, NC  28139 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Joel Hicks<br>4236 Whitesides Rd.<br>Bostic, NC  28018 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Joel J. St. Germaine<br>524 Mountain Meadows Drive<br>Bessemer City, NC  28016 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **86** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**
Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Joey F. Sprouse** <br> **118 Orchard St.** <br> **Forest City, NC  28043** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Joey L. Moss** <br> **551C Smith Dixon Rd.** <br> **Crumpler, NC  28617** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Joey Ray Casper** <br> **Rte 2, Box 292** <br> **Jacksonville, TX  75766** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **John Anthony Smith** <br> **310 Shiloh Rd.** <br> **Forest City, NC  28043** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **John Calvin Myers** <br> **6802 Hwy 70 West** <br> **Old Fort, NC  28762** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **John D. Burnette** <br> **2375 Conley Rd.** <br> **Morganton, NC  28655** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **John E. Thornes** <br> **16901 Steinhagen Rd.** <br> **Cypress, TX  77429** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 6,792.55 |

Sheet _____ **87** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page) **6,792.55**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**