IN RE **Robinson, Robert Ray** _____ Case No. **05-41406**
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **John H. Erringhouse** <br>**9818 Gillman** <br>**Houston, TX  77078** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. <br><br> **John Hastings Jr.** <br>**5993 Old Nc 18** <br>**Connelly Springs, NC  28612** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 1,843.48 |
| Account No. <br><br> **John Lee Barnette** <br>**407 Hunter St.** <br>**York, SC  29745** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 2,868.75 |
| Account No. <br><br> **John N. John III, Inc.** <br>**P.O. Drawer 921** <br>**Crowely, LA  70527-0921** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 1,120.00 |
| Account No. <br><br> **John Richard Myers** <br>**P.O. Box 557** <br>**Spindale, NC  28160** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 145.40 |
| Account No. <br><br> **John Thornes** <br>**16901 Steinhagen Rd.** <br>**Cyprus, TX  77429** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. <br><br> **John W. Camps, Jr.** <br>**2412 Aaron Burr Rd.** <br>**Chester, SC  29706** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |

Sheet _____ **88** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)   **5,977.63**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**          Case No. **05-41406**

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**John's Gear Shop**<br>**10928 Epsim St.**<br>**Houston, TX  77093** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 1,894.64 |
| Account No.<br><br>**Johnny Betton**<br>**9608 Broadway**<br>**Conroe, TX  77385** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**Johnny R. Smith**<br>**17 Pine Cone Dr.**<br>**New Waverly, TX  77358** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**Johnson Transport**<br>**1965 Thielen Ave Suite 1**<br>**Colby, KS  67701** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**Jon Clark Balcon**<br>**80 Liberty Drive**<br>**Franklin, NC  28734** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**Jonathan Curtis Sigmon**<br>**245 Icard Ridge Rd.**<br>**Taylorsville, NC  28681** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**Jonathan D. Barus**<br>**3018 Mt. Olive Church Rd.**<br>**Newton, NC  28658** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **89** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)      **1,894.64**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**
_____                    Case No. **05-41406**
                        Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Jonathan D. Walker <br> 2427 Tarlton Rd. <br> Conover, NC  28613 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> Jonathan Lockett <br> 9818 Gillman St. <br> Houston, TX  77075 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> Jones D. McGalliard <br> 1180 Bradford Mtn Rd <br> Lenoir, NC  28645 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> Jones Transportation <br> 2610 Crescentville Rd <br> West Chester, OH  45069 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> Jose Joel Caballero <br> 5201 Borchers <br> San Antonio, TX  78241 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> Jose Santo Reyes <br> 2002 Beall #6 <br> Houston, TX  77008 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> Joseph A. Workman <br> 1250 Dilingham Rd. <br> Barnardsville, NC  28709 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **90** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                               Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Joseph C. Rodgers<br>1127 Hartland Rd.<br>Williamston, NC 27892 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Joseph C. Yancy III<br>329 Alabama St.<br>Spindale, NC 28160 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Joseph C. Yancy IV<br>1416 Costner Rd.<br>Shelby, NC 28150 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Joseph D. Durham<br>193 Hillsman Lane<br>Lynchburg, VA 24501-5118 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Joseph Daniel Ackerman<br>P.O. Box 1206<br>Connelly Springs, NC 28612 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Joseph Daniel Atchley<br>170 Smith Grove Rd.<br>Forest City, NC 28043 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 1,259.04 |
| Account No.<br><br>Joseph Edgar Smith<br>P.O. Box 1604<br>Forest City, NC 28043 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet ____**91**___ of _____**188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)        **1,259.04**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                                                 Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Joseph Eletto Transfer**<br>**445 Northern Blvd**<br>**Great Neck, NJ  11021** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**Joseph Lee Morrow**<br>**44 Bugger Hollow Rd.**<br>**Ellenboro, NC  28040** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**Joseph R. Griffin**<br>**420 Snowdrift Lane**<br>**North Wilkesboro, NC  28659** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**Joseph Randall Tripp**<br>**1267 Magnolia Lane**<br>**Porter, TX  77372** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**Joseph Titus Martin**<br>**900 W. Slatemine Rd.**<br>**New London, NC  28127** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**Joseph Warren Bridges**<br>**708 Oakwood St.**<br>**Bennettsville, SC  29512** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**JR & Sons Transport**<br>**1 Liberty Trail**<br>**Delran, NJ  08075** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |

Sheet _____ **92** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                              Case No. **05-41406**
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **JS Marsh Farms** <br> **P.O. Box 220** <br> **Bath, NC  27808** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. <br><br> **Juan V. Jiminex** <br> **2222 Settlers Way, Apt 418** <br> **Sugar Land, TX  77478** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. <br><br> **Judy Ann Jennings** <br> **6705 Leto Drive** <br> **Tampa, FL  33619** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. <br><br> **Judy Annette Marks** <br> **534 Johnson Rd.** <br> **Perdido, AL  36562** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. <br><br> **Julie A. Mottley** <br> **16918 Blairwood** <br> **Houston, TX  77049** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. <br><br> **Julius Earl Wilson** <br> **3176 Old River Rd.** <br> **Greenville, NC  27834** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. <br><br> **Jumbo Logistics** <br> **1229 Deepwood Dr** <br> **Macedonia, OH  44056** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **3,600.00** |

Sheet _____ **93** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)   **3,600.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                Case No. **05-41406**

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Just In Time**<br>**10800 NW South River**<br>**Medley, FL  33178** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Justin A Pope**<br>**1238 Moss Rd.**<br>**Rutherfordton, NC  28139** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**K.E.M. Express, Inc.**<br>**284 Gibbs Rd.**<br>**Mooresville, NC  28117** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Kace Logistics**<br>**P.O. Box 268**<br>**Carleton, MI  48117** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Kansas Div. Of Prop. Val.**<br>**915 SW Harrison St.**<br>**Topeka, KS  66612-1585** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **101.14** |
| Account No.<br>**Karen Alice Harris**<br>**P.O. Box 386**<br>**New Market, TN  37820** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Kari Ann Harper**<br>**1640 Timothy Dr.**<br>**Memphis, TN  38116** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |

Sheet \_\_\_\_\_**94** of \_\_\_\_\_**188** Continuation Sheets attached to Schedule F

Subtotal<br>(Total of this page)    **101.14**

(Complete only on last sheet of Schedule F)  **TOTAL**<br>(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Robinson, Robert Ray**
_____
Debtor(s)
Case No. **05-41406**

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Kate M. Smith**<br>**54 Chester Harris Dr.**<br>**Dallas, GA  30132** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**Kathy H. Pate**<br>**501 Jim Dobbins Rd.**<br>**Rutherfordton, NC  28139** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**Kathy Shirley**<br>**2105 Illinois Ave.**<br>**Englewood, FL  34224** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**Keeyon D. Williams**<br>**9903 NW Park Place Dr.**<br>**Houston, TX  77086** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**Keith Franklin Bach**<br>**912 Medie Ave.**<br>**North Augusta, SC  29841** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**Keith R. McHone**<br>**74 Walnut Grove Dr.**<br>**Nebo, NC  28761** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**Kelcy Earl West**<br>**80621 39th St.**<br>**Decatur, MI  49045** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |

Sheet _____ **95** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                                    Case No. **05-41406**
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Kelly Joe Jenkins 1798 Sandy Plains Rd. Tryon, NC 28782** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Kemstock Trans Svc 3040 SW 2nd Court Ft Lauderdale, FL 33312** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Kenneth Banner & Phyllis Crawford P.O. Box 2561 Gastonia, NC 28053** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Kenneth H. Owens 1411 Centerville Rd. Bedford, VA 24523** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 2,119.96 |
| Account No. **Kenneth L. Carner 1530 Old Pacolet Rd. Spartanburg, SC 29307** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 1,375.25 |
| Account No. **Kenneth Lee Harwood 58 Hicks Mountain Rd. Hendersonville, NC 28792** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Kenneth V. Banner 1709 Marable Place Shelby, NC 28150** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **96** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)            **3,495.21**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**

Debtor(s)                                      Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Kenneth W. Bokanoski <br> P.O. Box 181 <br> Marion, NC  28752 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> Kenneth W. Bramhall <br> c/o M. Heath Gilbert, Jr. Esq. <br> 4701 Hedgemore Dr., Suite 816 <br> Charlotte, NC  28209 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> Jack A. Gardner III, Esq. <br> Hedrick Eatman Gardner & Kincheloe <br> P.O. Box 30397 <br> Charlotte, NC  28230 | | | Assignee or other notification for: <br> Kenneth W. Bramhall | | | | |
| Account No. <br> Mecklenburg County Clerk Of Court <br> 801 E. 4th St. <br> Charlotte, NC  28202 | | | Assignee or other notification for: <br> Kenneth W. Bramhall | | | | |
| Account No. <br> Union County Clerk Of Court <br> Case 04-CVS-01986 <br> P.O. Box 5038 <br> Monroe, NC  28111-5038 | | | Assignee or other notification for: <br> Kenneth W. Bramhall | | | | |
| Account No. <br> Kenneth W. Punch <br> 8447 Rinn Street <br> Houston, TX  77078 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> Kenneth W. Smith <br> 12210 Bowsman <br> Tomball, TX  77372 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____**97**____ of _____**188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**
_____
Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Kenneth Wayne Punch 10124 Homestead Houston, TX 77016 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Kent Harris 1993 Danberry Memphis, TN 38116 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Kentucky State Treasurer P.O. Box 2004 Frankfort, KY 40602-2004 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 1,553.62 |
| Account No. Kenworth Of Tenn. P.O. Box 100850 Nashville, TN 37224-0850 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 1,371.79 |
| Account No. Kevin Britt 94 Duke St., Apt 5 Forest City, NC 28043 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 3,905.66 |
| Account No. Kevin Edwards 2465 Joi Avenue Columbus, OH 43219 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Kevin J. Patsey P.O. Box 1981 Rutherfordton, NC 28139 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 1,327.37 |

Sheet _____ **98** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    **8,158.44**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                                        Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Kevin J. Preston**<br>**12707 Bellaire #2002**<br>**Houston, TX  77072** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Kevin Lee Calvert**<br>**16330 Deer Lick**<br>**Houston, TX  77090** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Kevin M. Edwards**<br>**2465 Joi Avenue**<br>**Columbus, OH  43219** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Kevin Michael Allen**<br>**839 Calhoun Trail**<br>**Rutherfordton, NC  28139** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Kevin Patsey**<br>**P.O. Box 1981**<br>**Rutherfordton, NC  28139** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**KGS Trucking**<br>**1419 N Main St**<br>**Sulivan, IN  47882** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Kimberly Corwin**<br>**P.O. Box 147**<br>**Woodruff, SC  29388** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **99** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**

_____
Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Kimberly D. Henderson** <br> **380 General Griffith Circle** <br> **Rutherfordton, NC  28139** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. <br> **King's Express, Inc.** <br> **P.O. Box 550** <br> **St. Joseph, MO  56374** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. <br> **Kirby U. Wilkerson** <br> **123 Knots Landing** <br> **Forest City, NC  28043** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. <br> **Kirt Douglas Solesbee** <br> **2011 Anderson Rd., Lot 21** <br> **Greenville, SC  29611** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. <br> **Kiss Transportation, Inc.** <br> **P.O. Box 763** <br> **Newton, NC  28658** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. <br> **KNB Express** <br> **60 Jacabus Ave.** <br> **South Kearny, NJ  07032** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. <br> **Kool Pak** <br> **4550 SW Kraus Way Ste 350** <br> **Lake Oswego, OR  97350** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |

Sheet _____ **100** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                          Case No. **05-41406**

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **L & M Freight** <br> **2847 Hollywood Blvd** <br> **Hollywood, FL  33020** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **L L Transportation** <br> **47 S 34th St** <br> **Richmond, IN  47374** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **L Milowski & Sons** <br> **P.O. Box 670** <br> **Suttons Bay, MI  49682** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **LA Dept. Of Transportation** <br> **P.O. Box 94042** <br> **Baton Rouge, LA  70804** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 59.20 |
| Account No. <br> **Lakesisha M. Sirles** <br> **22122 Moss Falls** <br> **Spring, TX  77373** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Landstar Transportation** <br> **13410 Sutton Park Dr South** <br> **Jacksonville, FL  32224** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 3,400.00 |
| Account No. <br> **Larry Alvin Hill** <br> **2612 Piper Pl** <br> **Lenoir, NC  28645** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **101** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)                    **3,459.20**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**
Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Larry Dean Byers** 107 Bunch St. Gaffney, SC 29340 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Larry E. Hargett** 345 Randall Rd. Marion, NC 28752 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Larry Gene Downey** 135 Manis Drive Ellenboro, NC 28040 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Larry I. Kezmarski** 11743 Berkway Trail Houston, TX 77065 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Larry Jerome Ramseur** 104 Glo Drive Lawndale, NC 28090 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Larry Joe Brewster** 5088 Whitesville Rd. LaGrange, GA 30240 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Larry Raymond Wilson, Jr.** 113 Elizabeth City Dr. Easley, SC 29642 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **102** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE Robinson, Robert Ray
_____
Debtor(s)

Case No. 05-41406

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Larry Smith**<br>**601 NW 8th Street**<br>**Walnut Ridge, TX  72476** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Larry T. Rockette**<br>**P.O. Box 53**<br>**Nebo, NC  28761** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Larry W. Hardin**<br>**209 Hub Greer Rd.**<br>**Chesnee, SC  29393** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Larry Willis Greene**<br>**P.O. Box 535**<br>**Spindale, NC  28160** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Lasco Bathware Trucking Co.**<br>**3255 E. Miraloma Ave.**<br>**Anaheim, CA  92806** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Latonio Maurice Hinton**<br>**dba C&M Transport**<br>**555 Lions Club Rd.**<br>**Wendell, NC  27591** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Lawrence Trans Systems, Inc.**<br>**P.O. Box 7667**<br>**Roanoke, VA  24019** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **103** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                                Case No. **05-41406**
_____
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**LDI Transport, Inc.**<br>**5600 North Hwy 169 North**<br>**New Hope, MN  55428** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Le Grand Trucking**<br>**73 North Rogers Rd.**<br>**Madison, IN  47250** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Lemmert Trucking**<br>**207 E Market St**<br>**Maywood, NE  69038** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Leo Laverne Jackson**<br>**560 Marcus Dr.**<br>**Mobile, AL  36609** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Leonard Greene**<br>**28 Independence Blvd.**<br>**Asheville, NC  28805** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Leonard L. Beasley**<br>**P.O. Box 618**<br>**Ben Wheeler, TX  75754** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Lester D. Lanning**<br>**115 Morning Dr.**<br>**Waynesville, NC  28786** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 2,490.15 |

Sheet _____ **104** of _____ **188** Continuation Sheets attached to Schedule F

| | Subtotal (Total of this page) | 2,490.15 |
|---|---|---|
| | (Complete only on last sheet of Schedule F)  **TOTAL** | |

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**                                    Case No. **05-41406**
                            Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Lester Lee Palmer**<br>**7637 Hwy 371 North**<br>**Mantachie, MS  38855** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Lewis & Sons Trucking**<br>**5355 S. Rainbow Blvd.**<br>**Las Vegas, NV  89118** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 3,007.00 |
| Account No.<br>**Liberty Press**<br>**P.O. Box 837**<br>**Rutherfordton, NC  28139** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 1,155.12 |
| Account No.<br>**Linard Maurice Dargan**<br>**117 Virgil Wells Circle**<br>**Darlington, NC  29532** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Linda B. Reid**<br>**P.O. Box 837**<br>**Hildebran, NC  28637** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Linda L. Williams**<br>**P.O. Box 401**<br>**Pearland, TX  77581** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Lisa H. Wilson**<br>**1829 Oakland Rd.**<br>**Forest City, NC  28043** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **105** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)                **4,162.12**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                        Case No. **05-41406**
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Lisa Hinson**<br>**Classic Rock Trans**<br>**8895 Tanglewood Pl**<br>**Temple Terrace, FL  33617** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Lisa M. Villarreal**<br>**319 E. John Alber**<br>**Houston, TX  77037** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Lithium & Gold, Inc.**<br>**24 Oxford Place**<br>**Staten Island, NY  10801** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Little Bird Express**<br>**20353 E 650 North Rd**<br>**Downs, IL  61736** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Loggins & Bennett Transport**<br>**1240 Blalock Rd.**<br>**Houston, TX  77055** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 6,630.00 |
| Account No.<br>**Lora Turner & Son**<br>**5435 Hundred Acre Pond Rd.**<br>**Hardyville, KY  42746** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Lorenzo C. Wilkerson**<br>**106 Spindale Dr.**<br>**Spindale, NC  28160** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 443.07 |

Sheet _____ **106** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                                                      **7,073.07**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                      Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Lorenzo K. Wilkerson, Sr.<br>P.O. Box 294<br>Spindale, NC  28160 | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>Lori Sanders<br>21950 S McBurrey Rd.<br>Beavercreek, OR  97004 | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>Lorraine J. Carr<br>272 South Hill Dr.<br>Wellford, SC  29385 | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>Lowdermilk, Church & Co.<br>121 N. Sterling St.<br>Morganton, NC  28655 | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 18,157.68 |
| Account No.<br><br>Loy Devon Kyles<br>206 Upland Trail<br>Cleveland, NC  27013 | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>Luther Logistics<br>5466 Brucker Rd<br>Coopersville, MI  49404 | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>Lutz Petroleum Co.<br>789 Oakland Rd.<br>Spindale, NC  28160 | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 284.85 |

Sheet ____**107**__ of _____**188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)  **18,442.53**

(Complete only on last sheet of Schedule F)  **TOTAL** 

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                                    Case No. **05-41406**
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Lynda Sue Burnette**<br>**2375 Conley Rd.**<br>**Morganton, NC  28655** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>**M & A Transport, Inc.**<br>**22355 Donnelly**<br>**Brownstown, MI  48192** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>**Mad Transportation**<br>**2520 Pierce St.**<br>**Laredo, TX  78041** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>**Magann Atlantic**<br>**106 Waccamaw Med Pk Dr**<br>**Conway, SC  29526** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>**Major Transport**<br>**3411 State Rd 59**<br>**Whitewater, WI  53190** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>**Marguerite H. Corbin**<br>**786 Buck Collins Rd.**<br>**Forest City, NC  28043** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br><br>**Marian J. Dellinger**<br>**405 Puzzle Creek Rd.**<br>**Bostic, NC  28018** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |

Sheet _____**108** of _____**188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Robinson, Robert Ray**      Case No. **05-41406**

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Marie Owens**<br>**2247 US Hwy. 221 South**<br>**Forest City, NC  28043** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **500.00** |
| Account No.<br>**Marilyn L. Peterson**<br>**P.O. Box 6994**<br>**Seffner, FL  33583** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**Marilyn Waters**<br>**2467 Island Ford Rd.**<br>**Mooresboro, NC  28114** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**Mariner Distribution, Inc.**<br>**P.O. Box 1052**<br>**Bel Air, MD  21014** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**Marion Hamilton**<br>**891 Miller Rd.**<br>**Rutherfordton, NC  28139** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**Marion W. Johnson**<br>**2160 Holly Springs Church Rd.**<br>**Williamston, NC  27892** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**Mark Allen Hissom**<br>**3997 Amma Rd.**<br>**Amma, WV  25005** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |

Sheet _____ **109** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)     **500.00**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                        Case No. **05-41406**
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Mark Anthony Gragg** **173 Deadman Rd.** **Ellenboro, NC  28040** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **1,284.40** |
| Account No. **Mark C. Toms** **2541 Poors Ford Rd.** **Rutherfordton, NC  28139** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. **Mark Edward Erwin** **86 Cheyenne Dr.** **Marion, NC  28752** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. **Mark J. Anderson** **1056 Pinnacle Church Rd.** **Nebo, NC  28761** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. **Mark Ragg** **73 Deadman Rd.** **Ellenboro, NC  28040** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. **Mark Steven Nichols** **1995 Long Meadow Drive** **Sissonville, WV  25320** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. **Mark Vilas Gilbert** **1117 Honeycomb Pl.** **Lenoir, NC  28645** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |

Sheet ____**110** of _____**188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                    **1,284.40**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray** _____   Case No. **05-41406**

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mark W. Surman**<br>**24418 Okehampton**<br>**Tomball, TX 77375** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**Marquiese D. Scott**<br>**254 Maybrook**<br>**Houston, TX 77015** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**Mars Transportation**<br>**5600 Logan Dr**<br>**Plano, TX 75094** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**Martha Miller**<br>**93 Airport Rd.**<br>**Buffalo, WY 82843** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**Marvin Edward Parker**<br>**519 US 74 Business**<br>**Bostic, NC 28018** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**Mary C. Shook**<br>**7697 Rose Rodge Lane**<br>**Vale, NC 28168** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**Maryland District Court**<br>**Traffic Proc. Ctr. Tkt RM**<br>**P.O. Box 6676**<br>**Annapolis, MD 46226** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 75.00 |

Sheet ____**111**__ of _____**188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)  **75.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**
_____   Case No. **05-41406**
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Matthew A. Parker 205 Providence Mill Rd. Maiden, NC 28650 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Matthew Gregory McDaniel 341 Dobbinsville Rd. Ellenboro, NC 28040 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Maurice Antwon Davis 516 Jones St. Chester, SC 29706 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 416.46 |
| Account No. Maurice C. Lyles 201 E. Parker Rd. Houston, TX 77076 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Maurice F. Lee P.O. Box 131 Mooresboro, NC 28114 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Max Vernon Peters RR 3, Box 94 Nebo, NC 28761 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Mayo Trucking 2210 Penn Rd Irving, TX 75061 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet ____**112** of ____**188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                    416.46

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                      Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**MCI Trucking**<br>**11858 NW 36th Ave**<br>**Miami, FL  33167** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**McKinley Trucking**<br>**1913 N. Section St**<br>**Sullivan, IN  47882** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Med-Aid**<br>**5475 Essen Lane**<br>**Baton Rouge, LA  70809** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 15.00 |
| Account No.<br>**Meglino Marine Const**<br>**102 Province Rd**<br>**West Creek, NJ  08092** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Melissa A. Scruggs**<br>**206 West Ave.**<br>**Greenville, SC  29611** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Melly Trucking**<br>**2041 Rocky Mill Rd**<br>**Lawrenceville, GA  30044** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Melvin Earl Dewalt**<br>**8014 Scarlet Tanager**<br>**Humble, TX  77396** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **113** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)                           **15.00**

(Complete only on last sheet of Schedule F)   **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**

Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Meny Morgan** <br> **9040 Hwy 226 S** <br> **Nebo, NC  28761** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. <br> **Mesilla Valley Transportation** <br> **6420 Centennial Blvd** <br> **Nashville, TN  37209** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. <br> **Metzler Brothers** <br> **RD 1 Box 124** <br> **Martinsburg, PA  16662** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. <br> **MFC Logistic Corp.** <br> **219 Changebridge Rd.** <br> **Montville, NJ  07045** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. <br> **Michael Albert Capps** <br> **252 Rockaway Dr.** <br> **Randleman, NC  27317** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. <br> **Michael Brewster** <br> **201 N. Ervin Ave.** <br> **Newton, NC  28658** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. <br> **Michael D. King** <br> **1026 Interlaken Way** <br> **Anderson, SC  29626** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |

Sheet _____ **114** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**                                         Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Michael E. Gibbs** <br> **223 Lakeshore Dr.** <br> **Franklin, NC  28734** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Michael E. Hopper** <br> **P.O. Box 819** <br> **Villa Rica, GA  30180** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Michael E. Knightner** <br> **9B Pointer Lane** <br> **Greenville, SC  29607** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Michael G. Hicks** <br> **5902 Dysartsville Rd.** <br> **Morganton, NC  28655** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Michael Gene Camby** <br> **880 Mountain Creek Rd.** <br> **Rutherfordton, NC  28139** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 1,084.42 |
| Account No. <br><br> **Michael H. Allen** <br> **P.O. Box 401** <br> **Pearland, TX  77581** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Michael J. Lee** <br> **112 Oak Run Trail** <br> **Pollack, LA  71467** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **115** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)                                   **1,084.42**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**

Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Michael J. Sheppard** <br> **337 Hollis Rd.** <br> **Ellenboro, NC  28040** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Michael J. Stewart** <br> **66 Pleasant Hill Estates #15** <br> **Marion, NC  28752** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Michael J. Yarbrough** <br> **P.O. Box 1056** <br> **Connelly Springs, NC  28612** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Michael L. Brewster** <br> **P.O. Box 434** <br> **Hilderbran, NC  28637** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 2,407.59 |
| Account No. <br><br> **Michael L. Brewster** <br> **2990 Mounira Ave.** <br> **Hickory, NC  28602** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Michael L. Brewster** <br> **P.O. Box 243** <br> **Newton, NC  28658** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Michael L. Reid** <br> **4025 Grace Chapel Rd.** <br> **Granite Falls, NC  28630** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet _____ **116** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)  **2,407.59**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                                Case No. **05-41406**
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Michael L. Ruff** <br> **1200 Oak Grove Church Rd.** <br> **Ellenboro, NC  28040** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Michael Pinson** <br> **6310 Hirsch Rd.** <br> **Houston, TX  77026** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Michael R. White** <br> **926 Crowe Dairy Rd.** <br> **Forest City, NC  28043** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Michael Scott Banks** <br> **8199 US Hwy 221 North** <br> **Marion, NC  28752** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Michael Short** <br> **dba Michael Short Trucking, Inc.** <br> **367 McDonald Dr.** <br> **Rossville, GA  30741** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Michael Z. Spencer** <br> **P.O. Box 105** <br> **Clarksville, TX  75426** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Michael's Trucking** <br> **P.O. Box 412** <br> **Boliver, OH  44612** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **117** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray** _____   Case No. **05-41406**

Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Michelle Chambers** <br> **404 Chantilly Dr.** <br> **Murry, KY  42071** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Michelle L. Christensen Asst Gen Counsel** <br> **Transportation Alliance Bank, Inc.** <br> **4185 Harrison Blvd. Suite 200** <br> **Ogden, UT  84403** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Mickey L. Cooper** <br> **523 Wilson Rd.** <br> **Lawndale, NC  28090** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Mickey Ray Hayes** <br> **72-B Hibritten Drive** <br> **Asheville, NC  28801** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Miguel Ancisco, Jr.** <br> **P.O. Box 242** <br> **Mercedes, TX  78570** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Mike Or Mary McKenna** <br> **McKenna Transportation** <br> **76 S. Grandbay St.** <br> **Aurora, CO  80018** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Miles Transport** <br> **2527 Brown Rd** <br> **Manning, SC  29102** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **118** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE <u>Robinson, Robert Ray</u>
                Debtor(s)
          Case No. <u>05-41406</u>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Mitchell Greer**<br>**350 County Rd 632**<br>**Corinth, MS  38834** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Mitchell Lane Loftis, Sr.**<br>**20 Biggerstaff Loop**<br>**Nebo, NC  28761** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Montral Davon Hamrick**<br>**406 James Love School Rd.**<br>**Shelby, NC  28150** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Monty J. Schronce**<br>**1740 2nd Street Pl SW**<br>**Hickory, NC  28602** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Morris Transportation**<br>**P.O. Box 32**<br>**Hamburg, AR  71646** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Motorway Exp**<br>**2271 County Rd 340**<br>**Neelyville, MO  63954** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**MPT Inc**<br>**10842 Rd 28 1/2**<br>**Madera, CA  93637** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |

Sheet   <u>**119**</u> of   <u>**188**</u> Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE <u>Robinson, Robert Ray</u>

Debtor(s)

Case No. <u>05-41406</u>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Myra Michelle Downey**<br>**162 Gilboa Church Rd.**<br>**Rutherfordton, NC 28139** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Myron Jerome McDowell**<br>**607 Academy St.**<br>**Spindale, NC 28160** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**N.C. Department Of Revenue**<br>**P.O. Box 25000**<br>**Raleigh, NC 27640-0002** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **19,071.83** |
| Account No.<br>**Nahal Trucking**<br>**3533 Kentfield Ct**<br>**Modesto, CA 95355** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Nancy Kay Kraft**<br>**4260 Lobelia St.**<br>**North Port, FL 34286** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Nantran Inc**<br>**2795 Locksley Rd**<br>**Melbourne, FL 32935** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Nathan E. Henry**<br>**7629 Bretshire Dr.**<br>**Houston, TX 77016** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |

Sheet _____ **120** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)    **19,071.83**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                    Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Nathan Paul Baker**<br>**54 Candi Acres**<br>**Nebo, NC  28761** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Nathan W. Clark**<br>**320 Old US 25/70**<br>**Weaverville, NC  28787** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**National Carrier Sys, Inc.**<br>**12525 Orange Drive, Suite 714**<br>**Davie, FL  33330** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 7,940.00 |
| Account No.<br>**National Inc**<br>**2802 Northhampton St**<br>**Eaton, PA  18045** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**National Transportation**<br>**P.O. Box 2478**<br>**Ridgeland, MS  39158** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Nationwide Medical Review**<br>**4926 Mallard View Dr.**<br>**Indianapolis, IN  46226** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 92.00 |
| Account No.<br>**Nature's Haul, LLC**<br>**P.O. Box 927**<br>**Pinole, CA  94564** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **121** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                **8,032.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE  Robinson, Robert Ray
_____
Debtor(s)

Case No.  05-41406

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Navistar Financial Corp.<br>P.O. Box 4024<br>Schaumburg, IL  60168-4026 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 68,845.96 |
| Account No.<br><br>Navistar Financial Corp.<br>2850 West Golf Rd.<br>Rolling Meadow, IL  60008 | | | Assignee or other notification for: Navistar Financial Corp. | | | | |
| Account No.<br><br>NC Baptist Hospital<br>P.O. Box 751730<br>Charlotte, NC  28275 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 38,345.00 |
| Account No.<br><br>NC Child Support<br>Centralized Collections<br>P.O. Box 900012<br>Raleigh, NC  27675-9012 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 375.00 |
| Account No.<br><br>Neal L. Schuszler<br>308 E. Concord St.<br>Morganton, NC  28655 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Neely Transport<br>P.O. Box 37<br>New Albany, MS  38652 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>New Era Too<br>P.O. Box 266<br>Turkey, TX  79261 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **122** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)          **107,565.96**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE __Robinson, Robert Ray_____  Case No. __05-41406__
                                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** <br> **Nextel** <br> **P.O. Box 17621** <br> **Baltimore, MD  21297-1621** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **457.81** |
| **Account No.** <br> **NG Express** <br> **2400 Oakton St Suite 211** <br> **Arlington Heights, IL  60004** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| **Account No.** <br> **NGT** <br> **P.O. Box 695** <br> **Randallstown, MD  21133** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| **Account No.** <br> **Nicolae Mititeanu** <br> **19919 Elmwood** <br> **Humble, TX  77338** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| **Account No.** <br> **Norma R. Lawrence** <br> **974 Pleasant Grove Rd.** <br> **Chester, SC  29706** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| **Account No.** <br> **Norman D. Murray** <br> **590 Luckadoo Rd.** <br> **Bostic, NC  28018** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| **Account No.** <br> **Norman E. Crider** <br> **2406 Shadybend** <br> **Pearland, TX  77581-5411** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |

Sheet _____**123**_ of _____**188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page) **457.81**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**                                              Case No. **05-41406**
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Norman L. Christian<br>4627 Blanche Rd., 109<br>Sumter, SC 29154 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>North Star<br>1406 Conwell Rd<br>Little Rock, AR 72201 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>NT Of New York Rental Div. Inc.<br>c/o Dist. Resource Consult, Inc.<br>14034 Micosukee Trail<br>Palm Beach Garden, FL 33418 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>NTC<br>1004 Peacock Dr<br>Bethlehem, PA 18020 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>O'Neil Transport Service, Inc.<br>711 Yelvington Ave.<br>Clearwater, FL 33756 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>O. Wayne Garner<br>26211 Longenbaugh Rd.<br>Katy, TX 77493 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. 7732<br>Ohio Transport Corporation<br>9426 N. Freeway Dr.<br>Macedonia, OH 44056 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 1,820.00 |

Sheet ___**124**___ of ___**188**___ Continuation Sheets attached to Schedule F

Subtotal (Total of this page)  **1,820.00**

(Complete only on last sheet of Schedule F) **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**
_____   Case No. **05-41406**
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Weiss, Spencer & Levin 3170 North Federal Hwy, Suite 100 Lighthouse Point, FL 33064** | | | **Assignee or other notification for: Ohio Transport Corporation** | | | | |
| Account No. **Ohio Transport Corporation 3750 Valley Dr Cleveland, OH 44109** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. **Ohn E. Thornes 1800 Kingstreet Dr. Catonment, FL 32533** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. **Old Ephraim Express 18 North 200 East #314 Tremonton, UT 84337** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. **Olympic Logistics 311 S County Farm Rd Wheaton, IL 60187** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. **On The Run Trucking 6702 Inwood Ave North Lauderdale, FL 33068** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. **On Time Transportation, Inc. P.O. Box 1079 Roebuck, SC 29376** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |

Sheet _____ **125** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**
Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **One Way Enterprises** <br> **429 Beach Ave.** <br> **La Grange Park, IL  60526** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 3,000.00 |
| Account No. <br><br> **Onetel Mititeanu** <br> **6915 Fox Brook Dr.** <br> **Humble, TX  77338** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Onetel Mititeanu** <br> **21880 Maidens Crossing** <br> **Kingwood, TX  77339** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Orentel Gary** <br> **1790 Poors Ford Rd.** <br> **Rutherfordton, NC  28139** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Oscar M. Castillo** <br> **719 Coral** <br> **Houston, TX  77023** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Oscar R. Willson** <br> **869 Cedar Lane Drive** <br> **Shelby, NC  28150** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Otis Adams** <br> **1215 Peak Pl NW** <br> **Lenoir, NC  28645** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **126** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)   **3,000.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**
_____    Case No. **05-41406**
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Overbye Transport** 21750 Cedar Ave Lakeville, MN  55044 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Overnite Transportation Co** 100 Semmes Ave. Richmond, VA  23224 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Owner/Operator Resources** P.O. Box 59 Angola, IN  46703 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 7,382.50 |
| Account No. **Ozark Mountain Leasing** 7478 County Rd 3400 Mountain View, MO  65548 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **P & M Trucking** 1845 S Peterson Ave Douglas, GA  31535 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Paccar Financial Corp.** 3805 Crestwood Pkwy, Suite 300 Duluth, GA  30096 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Pacer Transport** 1229 E Pleasant Run Rd Desoto, TX  75115 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **127** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)          **7,382.50**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE Robinson, Robert Ray
                                                                      Case No. 05-41406
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Palmer Moving & Storage**<br>**1605 West Belt Dr**<br>**Columbus, OH  43228** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Palmetto Transportation Div.**<br>**204 Pineneedle Rd.**<br>**Union, SC  29379** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Panther II Transportation, Inc.**<br>**P.O. Box 713 PMB 208**<br>**Median, OH  44256** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Paramount Transport**<br>**P.O. Box 660**<br>**Lodi, NJ  07644** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Patricia Melendez**<br>**907 Eleanor**<br>**Houston, TX  77009** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Patterson Freight Co., Inc.**<br>**3108 Central Dr.**<br>**Plant City, FL  33567** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 87,870.00 |
| Account No.<br>**Paul Anthony Twitty**<br>**149 Greenleaf Rd.**<br>**Forest City, NC  28043** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet ___**128**___ of ___**188**___ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)        **87,870.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Robinson, Robert Ray**                                        Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Paul Chambers** <br> **258 Almo Rd.** <br> **Almo, KY 42020** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Paul D. Staples** <br> **228 Greenspring Dr.** <br> **Palmetto, GA 30268** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Paul E. Frye** <br> **5325 Queens Creek Rd.** <br> **Hickory, NC 28602** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Paul F. Keating** <br> **240 Tyler Heights Rd.** <br> **Marion, NC 28752** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Paul Floody, Inc.** <br> **P.O. Box 901286** <br> **Homestead, FL 33090** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Paul Jason Hayes** <br> **1948 River Hill Dr.** <br> **Shelby, NC 28152** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Paul L. Lawing** <br> **126 Marsha Lane** <br> **Rutherfordton, NC 28139** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **129** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE <u>Robinson, Robert Ray</u>

Debtor(s)

Case No. <u>05-41406</u>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Paul Miller Trucking**<br>**2238 Stoverstown Rd**<br>**Spring Grove, PA  17362** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**Paul S. Culbreth**<br>**3018 Matthews Dr.**<br>**Gastonia, NC  28052** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **973.39** |
| Account No.<br><br>**Paul S. Culbreth**<br>**1117 Justice Ave.**<br>**Charlotte, NC  28206** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**Paul Steven Schumacher**<br>**15806 Jarvis**<br>**Cypress, TX  77429** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**Paul T. Coyne, Jr.**<br>**212 Golf Course Dr.**<br>**Crestview, FL  32536** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**Paul W. Johnson**<br>**270 Keeter Rd.**<br>**Mooresboro, NC  28114** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**Paula Ann Oslen**<br>**P.O. Box 307**<br>**Blacksburg, VA  24063** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |

Sheet \_\_\_\_\_**130** of _____**188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)   **973.39**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**

_____

Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Paula Marie Gorman**<br>**434 Arrowood Rd.**<br>**Rutherfordton, NC  28139** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br>**Payne, Inc.**<br>**500 Hudgins Rd.**<br>**Fredericksburg, VA  22408** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br>**Penn Western**<br>**P.O. Box 7834**<br>**Greensboro, NC  27417** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br>**Pennsylvania Turnpike**<br>**Violation Center**<br>**8000-C Derry St.**<br>**Harrisburg, PA  17111** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br>**Penny Sharon Lewis**<br>**8435 Bigwood**<br>**Houston, TX  77078** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br>**Penny Whittle Enterprises REW**<br>**P.O. Box 166**<br>**Glen, MS** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 2,673.63 |
| Account No. <br><br>**Penske Truck Leasing**<br>**Route 10, Green Hills, P.O. Box 563**<br>**Reading, PA  19603-0563** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 1,480,500.00 |

Sheet _____ **131** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)    **1,483,173.63**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**                                              Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Perfect Access 55 Torington Lane Willingboro, NJ 08046 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Perry Bruce Lyda 8 Ash Street Spartanburg, SC 29303 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Pete C. Morrison 2819 Cedar Creek Rd. Lake Lure, NC 28746 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Peter M. Bard 16203 Big Oak Circle Magnolia, TX 77355 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Phyllis A. Dorsey 15 Future Dr., Apt 27-E Asheville, NC 28803 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 1,867.68 |
| Account No. Phyllis Crawford P.O. Box 2561 Gastonia, NC 28053 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Pingleton, Inc. 1604 E. US Hwy 40 Cloverdale, IN 46120 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet ____**132** of ____**188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)     **1,867.68**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE  **Robinson, Robert Ray**                                                   Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Platinum Express** <br> **2160 Jergens Rd** <br> **Dayton, OH  45404** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **PPG Industries, Inc.** <br> **Attn: June Hopes** <br> **P.O. Box 1000** <br> **Lake Charles, LA  70602-1000** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 880.38 |
| Account No. <br><br> **Pro Transport** <br> **10800 NW South River Dr** <br> **Miami, FL  33178** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Quaker Transportation** <br> **P.O. Box 11388** <br> **Lancaster, PA  17605** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Quality Cartage** <br> **7580 State Rd** <br> **Burbank, IL  60459** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Quality Produce** <br> **506 Third St** <br> **Cleveland, MS  38732** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Quest Diagnostics** <br> **P.O. Box 740709** <br> **Atlanta, GA  30374-0709** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 739.16 |

Sheet _____ **133** of _____ **188** Continuation Sheets attached to Schedule F

|  | Subtotal (Total of this page) | 1,619.54 |
|---|---|---|
|  | (Complete only on last sheet of Schedule F)  **TOTAL** | |
|  | (Report total also on Summary of Schedules) | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Robinson, Robert Ray**

Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**R & M Trucking Of Miami**<br>**8200 SW 12 Terrace**<br>**Miami, FL  33144** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **8,520.00** |
| Account No.<br>**R. Dan Kelly III**<br>**42 Thunder Cove Pl.**<br>**The Woodlands, TX  77381** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**Ralph M. Gifford, Jr.**<br>**107 Paradise Ave., Apt 2**<br>**East Flatrock, NC  28726** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**Ralph Michael Gifford**<br>**79 Prairie Lane**<br>**Hendersonville, NC  28792** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**Ralph Roper**<br>**812 Rich Rd.**<br>**Morganton, NC  28655** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**Ralph Wesley Roper**<br>**5812 Rich Rd.**<br>**Morganton, NC  28655** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**Randall Craig McSwain**<br>**395 Evelyn Day Rd.**<br>**Roxboro, NC  27573** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |

Sheet _____ **134** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)   **8,520.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                                        Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Randall Dean Robinson**<br>**5271 Painters Gap Rd.**<br>**Union Mills, NC  28167** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Randall W. Waterman**<br>**940 27th St. NE**<br>**Conover, NC  28613** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Raul Cardneas**<br>**17289 Taylor Rd.**<br>**Harlingen, TX  78553** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 2,244.27 |
| Account No.<br>**Ray E. Ritchie Trucking**<br>**2278 Brevard Pl Rd**<br>**Iron Station, NC  28080** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Raymond D. Robinson**<br>**133 Brentwood Rd.**<br>**Morganton, NC  28655** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Raymond E. Moore**<br>**110 Redmond Rd.**<br>**Marshall, NC  28753** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 3,359.75 |
| Account No.<br>**Raymond Kenneth O'Dell, Jr.**<br>**307 Ohio St.**<br>**Spindale, NC  28160** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **135** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)                **5,604.02**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Robinson, Robert Ray
_____
Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Raymond Khawaja** **T.S. Mini Mart** **3604 Oates Rd.** **Houston, TX  77013** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. **Raymond Robinson** **P.O. Box 1538** **Morganton, NC  28680** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. **Raymond Wehunt** **6781 Clyde Wehunt Rd.** **Cherryville, NC  28021** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. **RB Dawson Transport** **105 Kentucky Way** **Freehold, NJ  07728** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. **RC Expeditors, Inc.** **P.O. Box 526** **Roebuck, SC  29326** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. **RCI Trucking** **2345 N 400 E Rd** **Danforth, IL  60930** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. **RCM Trucking** **704 CR 300** **Shannon, MS  28868** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |

Sheet _____ **136** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE <u>Robinson, Robert Ray</u>
Debtor(s)

Case No. <u>05-41406</u>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Rebecca Barrett Ackerman<br>P.O. Box 1206<br>Connelly Springs, NC  28612 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Rebecca J. Homan<br>764 Wilkins Rd.<br>Campobello, SC  29322 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Reginald J. Sherden<br>11203 Blades<br>Houston, TX  77016 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Reginald O'Neal Bowie<br>7939 Way<br>Houston, TX  77028 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Regional Andre Oliver<br>512 Hollyridge Dr.<br>Durham, NC  27712 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Regulator Transport<br>P.O. Box 173<br>Inman, SC  29349 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Reliant Energy<br>P.O. Box 3765<br>Houston, TX  77253 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 59.82 |

Sheet _____ **137** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)    **59.82**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                    Case No. **05-41406**
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Renner Trucking** <br> **116 Jasmine Dr.** <br> **Newport, TN  37821** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Rennis Earl Harvey** <br> **3692 Norman Rd.** <br> **Morganton, NC  28655** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Republic Express** <br> **1810 Crestview Dr #6A** <br> **Hudson, WI  54016** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Reymond Brown Inc** <br> **9014 Cormorant Ct** <br> **Tampa, FL  33647** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Richard A. Morrisey** <br> **P.O. Box 799** <br> **Rich Square, NC  27869** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Richard Alexander Jones** <br> **4942 George Ritchie Rd.** <br> **Longview, TX  75604** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Richard Allen Solesbee** <br> **2350 Buckhorn Rd.** <br> **Greer, SC  29651** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **138** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray** _____   Case No. **05-41406**
                                         Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Richard Baggett**<br>**158 Magnolia**<br>**Channelview, TX  77530** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Richard Brown**<br>**106 Spindale Drive**<br>**Spindale, NC  28160** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Richard Byrd & Evonne Howard**<br>**4267 South Cole**<br>**Morrison, CO  80465** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Richard Davis**<br>**1878 Camp Branch Rd.**<br>**Waynesville, NC  28786** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 3,099.43 |
| Account No.<br>**Richard E. Barclay**<br>**6738 Alley Rd.**<br>**Summerfield, NC  27358** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Richard F. Romero, Jr.**<br>**3034 Navarro**<br>**Pearland, TX  77584** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Richard G. Powell**<br>**5068 Macedonia Church Rd.**<br>**Vale, NC  28168** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **139** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)  **3,099.43**

(Complete only on last sheet of Schedule F)  **TOTAL**  _____

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE __Robinson, Robert Ray__                                    Case No. __05-41406__
                        Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Richard L. Davis**<br>**1878 Camp Branch Rd.**<br>**Waynesville, NC  28786** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Richard Lee Carson**<br>**101 Carson Road**<br>**Mill Spring, NC  28756** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Richard Leon McDonald**<br>**9 Meadowlark Dr.**<br>**Calacisos, TX  77465** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Richard Mask**<br>**704 CR 300**<br>**Shannon, MS  38868** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Richard Michael Jennings**<br>**6705 Leto Dr.**<br>**Tampa, FL  33619** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Richard Ray & Consultants**<br>**6667 Gingercake Rd.**<br>**Newland, NC  28657** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **3,034.61** |
| Account No.<br>**Richard Rice**<br>**795 Roberts Rd.**<br>**Chuckey, TN  37641** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |

Sheet ____**140**__ of _____**188**__ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)         **3,034.61**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Robinson, Robert Ray

Case No. 05-41406

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Richard Robert Rowe<br>60 Storm Mountain Rd.<br>Cullowhee, NC  28723 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Richard Terry<br>503 A North Church St.<br>McColl, SC  29570 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Rick L. McCartney<br>3280 US Hwy 64<br>Rutherfordton, NC  28139 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Rickey Keith Brackett<br>223 Bald Mountain Rd.<br>Casar, NC  28020 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Rist Transport<br>369 Bostwick Rd<br>Phelps, NY  14532 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Rita M. Stanley<br>1387 Chase High Rd.<br>Forest City, NC  28043 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Rita Renee Mitchell<br>20118 Swallowhill Circle<br>Perris, CA  92570 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet \_\_\_\_**141** of \_\_\_\_\_**188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**            Case No. **05-41406**

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Riteway Truck Rental**<br>**2606 Cartwright St**<br>**Dallas, TX  75212** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Roadrunner Trucking**<br>**13085 SE 101st Ave**<br>**Belleview, FL  34420** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Roadstar Freight Serv**<br>**19815 Water Point Trail**<br>**Kingwood, TX  77346** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 7,119.45 |
| Account No.<br>**Robbin G. Nettles**<br>**649 Gooseneck Rd.**<br>**Aiken, SC  29805** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Robert A. Blankenship**<br>**191 Mackey Farm Dr.**<br>**Old Fort, NC  28762** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Robert Allen Iovanne**<br>**665 Piercefield Dr.**<br>**Richmond Hill, GA  31324** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Robert Andrew Russell**<br>**P.O. Box 923**<br>**Black Mountain, NC  28711** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet \_\_\_\_**142** of _____**188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    **7,119.45**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**

Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Robert Anthony Goins**<br>**P.O. Box 8811**<br>**Columbia, SC  29203** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**Robert Bears Enterprises**<br>**15510 Furlong Cir**<br>**Odessa, FL  33556** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**Robert D. Cartwright**<br>**433 Cove Rd.**<br>**Hertford, NC  27944** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**Robert E. Price**<br>**2506 Rem Rock Pl.**<br>**Granite Falls, NC  28630** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**Robert Hill & Sons Transport**<br>**4300 Pleasantdale Dr**<br>**Doraville, GA  30037** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**Robert L. Biddle, Jr.**<br>**P.O. Box 1872**<br>**Marion, NC  28752** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**Robert L. Cloud**<br>**821 Featherstone Rd.**<br>**Chester, SC  29706** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |

Sheet \_\_\_\_**143** of \_\_\_\_\_**188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray** _____    Case No. **05-41406**
                                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Robert Lairson<br>Lairson Trucking LLC<br>99 N. Riverside Dr.<br>Hamilton, OH  45011 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>Robert Lee Junes<br>12420 Sawmill Rd. 11<br>The Woodlands, TX  77380 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>Robert Lee Parker<br>2018 Deams St.<br>Houston, TX  77094 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>Robert Lee Proctor<br>3580 Pea Ridge Rd.<br>Rutherfordton, NC  28139 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>Robert Lesley Kanipe<br>145 Sapphire Dr.<br>Rutherfordton, NC  28139 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>Robert Myers<br>3020 Ratchford Dr.<br>Gastonia, NC  28056 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>Robert P. Chrane<br>1319 Virginia Ave.<br>Early, TX  76802 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **144** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE <u>Robinson, Robert Ray</u>

Debtor(s)

Case No. <u>05-41406</u>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Robert Rodela** <br> **11939 Green Rock Lane** <br> **Houston, TX  77044** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Robert S. Ledford** <br> **846 W. Warren St., A-5** <br> **P.O. Box 1693** <br> **Shelby, NC  28151-1693** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Robert Scott Cope** <br> **202 Poplar St.** <br> **Clover, SC  29710** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Robert Sherman Malin** <br> **105 Lost Trail** <br> **La Vernia, TX  78121** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Robert Stronk** <br> **4077 Scott Trail** <br> **Morganton, NC  28655** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Robert W. Anderson** <br> **864 Co. Road** <br> **Cleveland, TX  77327** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Robert W. Bisor** <br> **112 Francis Dr.** <br> **Palmer, TX  75152** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **145** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ- Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                          Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Robert W. Hargett**<br>**P.O. Box 473**<br>**Spindale, NC  28160** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Robert W. Sarabia**<br>**6120 South 6th Street**<br>**Klamath Falls, OR  97603** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Robert Wayne Banks**<br>**2709 Big Lead Dr.**<br>**Killeen, TX  76549** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Robin L. Fultz**<br>**P.O. Box 71**<br>**Reedsville, PA  17084** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Rodger Lee Peterkin**<br>**102 Melroy St.**<br>**McColl, SC  29570** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Rodney C. Paris, Sr.**<br>**1305 Bridge St. West**<br>**St. Matthews, SC  29135** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Rodney L. Grant, Sr.**<br>**911 E.Marion St.**<br>**Shelby, NC  28150** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **146** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE <u>Robinson, Robert Ray</u>
Debtor(s)

Case No. <u>05-41406</u>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Rodney Levester Abrams 714 E. Warren St. Shelby, NC 28150** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No. **Roger G. Collins P.O. Box 1251 Glen Alpine, NC 28628** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No. **Roger J. McKinney P.O. Box 827 Bakersville, NC 28705** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No. **Roger L. Baumgartner 207 Settlemyre Rd. Drexel, NC 28619** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No. **Roland McMillan P.O. Box 1942 Old Fort, NC 28762** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No. **Rollin S Express LLC P.O. Box 952 Oxford, MS 38655** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No. **Ron Carroll, Jr. 530 Moffitt Hill Church Rd. Old Fort, NC 28762** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |

Sheet _____ **147** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE <u>Robinson, Robert Ray</u>                                                          Case No. <u>05-41406</u>
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Ronald D. Josemaria<br>13725 Cambury Dr., #1023<br>Houston, TX 77014 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>Ronald Graap<br>dba One The Run Express<br>05 Hendricks St. Apt A<br>Merrill, WI 54452 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>Ronald Hurt<br>4705 Hollis Rd.<br>Ellenboro, NC 28040 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>Ronald J. Horne<br>P.O. Box 72<br>Amory, MS 38821 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>Ronald L. Shortridge<br>1306 Stringer Rd.<br>Belton, SC 29627 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>Ronald N. Simpson<br>750 Oak Springs Rd.<br>Rutherfordton, NC 28139 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>Ronald S. Lawson<br>1295 Piney Ridge Rd.<br>Forest City, NC 28043 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **148** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**

Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Rondy C. Nelson** <br> **204 Channing St. NE** <br> **Washington, DC  20002** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Ronnie E. Spake** <br> **9 Portcrest Heights** <br> **Marion, NC  28752** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Ronnie G. Williams** <br> **2254 Marcus Dr.** <br> **Granite Falls, NC  28630** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Roosevelt Jones** <br> **10939 29th Street** <br> **Tampa, FL  33612-3844** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Roosevelt Jones** <br> **271 Irby Rd.** <br> **Spartanburg, SC  29301** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Rowe Enterprises LLC** <br> **P.O. Box 386** <br> **Gladbrook, IA  50635** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Roy C. Bowman** <br> **P.O. Box 253** <br> **Eden, NC  27288** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **149** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**

<u>Debtor(s)</u>                                          Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Roy Clinton Stephens** <br> **605 Buchanan Loop** <br> **Webster, NC  28788** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Roy Strickland** <br> **P.O. Box 8099** <br> **The Woodlands, TX  77387** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **RS Miller Trucking** <br> **P.O. Box 205** <br> **Loganton, PA  17747** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **RSD Transportation** <br> **601 Old River Rd** <br> **White River Junction, VT  05001** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Rubin James Henry** <br> **P.O. Box 36696** <br> **Houston, TX  77236** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Rudolph W. Wavershak** <br> **119 Fremont Ave.** <br> **Seaside Heights, NJ  08751** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Ruffroad Trucking** <br> **1007 West Powhattan Ave.** <br> **Tampa, FL  33603** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____**150** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE <u>Robinson, Robert Ray</u>

Debtor(s)

Case No. <u>05-41406</u>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Rufino Vasquez 1702 Oleander St. Rosharon, TX 77583 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Rufus Hawley Hawley Transport, Inc. P.O. Box 7094 Wilson, NC 27805 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Russco Trucking 23987 Dongola St North Port, FL 34286 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 4,280.00 |
| Account No. Russell A. Vincent 1610 C Hill Street Belpre, OH 45714 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Russell Gene Dowling 551 N. Fairview Ave. Spartanburg, SC 29303 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Russell Travis Jones 267 Cedar Woods Rd. Taylorsville, NC 28681 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Rutherford County Tax Office Attn: Alice Barber P.O. Box 143 Rutherfordton, NC 28139 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 960.61 |

Sheet _____ **151** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)   **5,240.61**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                          Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**S R Transportation**<br>**2676 Pulaski**<br>**Hamtrack, MI  48212** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**S.E.T. Freight Services, Inc.**<br>**P.O. Box 391**<br>**Rutherfordton, NC  28139** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 450,000.00 |
| Account No.<br>**Sabreline Transportation**<br>**3071 Bay Rd**<br>**Saginaw, MI  48603** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 7,240.00 |
| Account No.<br>**Safeguard Transport Of New England**<br>**P.O. Box 1273**<br>**West Caldwell, NJ  07006** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Salt Harbor**<br>**3359 S Main St 218**<br>**Salt Lake City, UT  84115** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Sam's Combo**<br>**3512 Robertson Ave.**<br>**Sacramento, CA  95821** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Samba Express**<br>**32091 Hollingsworth Ave**<br>**Warren, MI  48092** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **152** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                 **457,240.00**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE <u>Robinson, Robert Ray</u>

Debtor(s)

Case No. <u>05-41406</u>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Sammy Sykes**<br>**6015 Cherokee Drive**<br>**Olive Branch, MS  38654** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Samuel A. Martin, Jr.**<br>**103 Captain Lane**<br>**Gray, TN 37615** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Samuel P. Harrison**<br>**11996 SM2166**<br>**San Angelo, TX  76904** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Sandra Ayala**<br>**330 Alabama St.**<br>**Vallejo, CA  94590** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Sandra N. King**<br>**485 Mtn Lookout Dr**<br>**P.O. Box 64**<br>**Bostic, NC  28018** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Sanela Trucking**<br>**7631 Giliman Ct**<br>**Charlotte, NC  28269** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Sarah L. Brown**<br>**2745 Philadelphia Rd.**<br>**Lawndale, NC  28090** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet _____ **153** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                                        Case No. **05-41406**

                                      Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Sarah Marie Simpkins 5129 Lenox Spencer, OK 73084 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Saratrans LTD 188 Industrial Dr., Suite 28 Elmhurst, IL 60126 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Sargent Trucking Inc. P.O. Box 600 Mars Hill, ME 04758 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Saundra Harris 4421 W. Okmulgee PMB #164 Muskogee, OK 74401 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Savannah Transport, Inc. 9929 Rutledge Ave. Compton, TN 37721 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. SBC P.O. Box 650661 Dallas, TX 77253 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 59.82 |
| Account No. SC Dept. Of Revenue Withholding Section Columbia, SC 29214 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 2,222.71 |

Sheet ____**154** of ____**188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)          **2,282.53**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**

Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Scaife Trucking** <br> **P.O. Box 1413** <br> **Rocky Face, GA  30740** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Scott Jerome Holcombe** <br> **1877 Duckworth Lot 24** <br> **Morganton, NC  28655** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Scott W. Fleck** <br> **dba S And M Transport** <br> **7901 Route 153** <br> **Brockport, PA  15823** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **SDB Transport** <br> **216 North Ave** <br> **Athens, GA  30601** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **SEC** <br> **Atlanta District Office** <br> **3475 Lenox Rd., Suite 1000** <br> **Atlanta, GA  30326** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Sego Carriers LLC** <br> **155 Reining Way** <br> **Fountain Inn, SC  29644** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Service Transport, Inc.** <br> **P.O. Box 2267** <br> **Greer, SC  29652** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet **155** of **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**

Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Sexton Transport**<br>**P.O. Box 419**<br>**Rosedale, LA  70772** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Shane Chadd**<br>**309 E. New York**<br>**Orange, TX  77630** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Shannon D. Easterling**<br>**131 Smith Point Rd.**<br>**Townville, SC  29689** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Shannon W. Mills**<br>**88 Miller Ave.**<br>**Marion, NC  28752** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Sharon G. Elchisco**<br>**P.O. Box 1779**<br>**Gaffney, SC  29342** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Sharon K. Wright**<br>**1508 S. First St.**<br>**Conroe, TX  77301** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Sharon L. York**<br>**P.O. Box 183**<br>**Hallstead, PA  18822** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **156** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                    Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Shawn Lamont Dixon**<br>**289 Greentree Drive**<br>**Rock Hill, SC  29730** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**Sheilah Jean Strickland**<br>**257 Field Pine Drive**<br>**Brown Summit, NC  28214** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**Shelby Truck & Body**<br>**325 Townsend Rd.**<br>**Hendersonville, NC  28792** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 348.00 |
| Account No.<br><br>**Shelby Walk-In Medical Center**<br>**P.O. Box 2489**<br>**Shelby, NC  28151-2489** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 736.00 |
| Account No.<br><br>**Shelia Lynn West**<br>**P.O. Box 1047**<br>**Mountain View, MO  65548** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**Sherri D. Jones**<br>**2866 State Route 94E**<br>**Murry, KY  42071** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**Sherry Lynn Kelley**<br>**1018 Ball Rd.**<br>**Memphis, TN  38106** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **157** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                    **1,084.00**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**                                      Case No. **05-41406**

Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Sherry Marie Kuhn**<br>**4245 Old Springfield**<br>**Macomb, MO  65702** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Sherwood Owen Williams**<br>**5653 Gail Dr**<br>**Ayden, NC  28513** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Shine Enterprises**<br>**P.O. Box 38573**<br>**Houston, TX  77238** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Sidney Alan Harris**<br>**P.O. Box 386**<br>**New Market, TN  37820** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Sidney Allen Transeau**<br>**423 Gowings Knob Rd.**<br>**McGrady, NC  28649** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Simbeck, Inc.**<br>**2929 Valley Ave.**<br>**Winchester, VA  22601** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Sithon Nol**<br>**6311 Edenway Court**<br>**Houston, TX  77049** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **158** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**
_____
Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Skillet & Sons, Inc.**<br>**P.O. Box 196**<br>**Rush Center, KS  67575** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Skip F. Ulrich**<br>**P.O. Box 699**<br>**Ellenboro, NC  28040** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**SNK Trans Co**<br>**8201 20th Ave 2nd Floor**<br>**Brooklyn, NY  11214** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Sonia D. Woodard**<br>**909 Carver St.**<br>**Spindale, NC  28160** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Soris**<br>**P.O. Box 7247-0170**<br>**Philadelphia, PA  19170-0170** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Soris**<br>**A Division Of Case Credit Corp.**<br>**P.O. Box 3600**<br>**Lancaster, PA  17604-3600** | | | Assignee or other notification for:<br>Soris | | | | |
| Account No.<br>**Soris**<br>**A Division Of Case Credit Corp.**<br>**P.O. Box 292**<br>**Racine, WI  53401-0292** | | | Assignee or other notification for:<br>Soris | | | | |

Sheet _____ **159** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE <u>Robinson, Robert Ray</u>
Debtor(s)

Case No. <u>05-41406</u>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **South Georgia** <br> **116 Crystal Lake Rd** <br> **Rebecca, GA 31783** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No. <br> **Southeastern Transport Houston** <br> **P.O. Box 391** <br> **Rutherfordton, NC 28139** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **12,261.90** |
| Account No. <br> **Southeastern Transport, Inc.** <br> **P.O. Box 391** <br> **Rutherfordton, NC 28139** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **18,839.94** |
| Account No. <br> **Ed Bowers** <br> **Middle, Swarth, Bowers & Co.** <br> **219 Wilmont Rd.** <br> **Gastonia, NC 28054** | | | **Assignee or other notification for:** <br> **Southeastern Transport, Inc.** | | | | |
| Account No. <br> **Kevin Michael Profit** <br> **Hamilton Fay Moon Stephens et al** <br> **201 S. College St. 2020 Charlotte Plaza** <br> **Charlotte, NC 28244-2020** | | | **Assignee or other notification for:** <br> **Southeastern Transport, Inc.** | | | | |
| Account No. <br> **Travis W. Moon** <br> **Hamilton Fay Moon Stephens et al** <br> **201 S. College St. 2020 Charlotte Plaza** <br> **Charlotte, NC 28244-2020** | | | **Assignee or other notification for:** <br> **Southeastern Transport, Inc.** | | | | |
| Account No. <br> **Wayne Sigmon** <br> **Chapter 7 Trustee** <br> **P.O. Box 2636** <br> **Gastonia, NC 28053-2636** | | | **Assignee or other notification for:** <br> **Southeastern Transport, Inc.** | | | | |

Sheet _____ **160** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal <br> (Total of this page) **31,101.84**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**
_____
Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Southern Transportation Serv.**<br>**P.O. Box 1016**<br>**Chatom, AL  36518** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**Specialty Trucking**<br>**526 Denver**<br>**El Dorado, KS  67042** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**Spirit Logistics**<br>**625 Fitzhugh Blvd**<br>**Smyrna, TN  37167** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**St James Trucking**<br>**902 S Salisbury Ave.**<br>**Spencer, NC  28059** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**Stallion Express, Inc.**<br>**P.O. Box 1113**<br>**Beebe, AR  72012** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**Standard Corp**<br>**140 Access Rd**<br>**Gaston, SC  29053** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br><br>**Standard Corporation**<br>**P.O. Box 65502**<br>**Charlotte, NC  28265** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |

Sheet _____**161**_ of _____**188**_ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**

Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Stang Logistics, Inc.**<br>**430 Alcoa Lane**<br>**Hoffman Estates, IL  60194** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Star Freight Inc.**<br>**P.O. Box 669088**<br>**Charlotte, NC  28266** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Starlon Ray Barnette**<br>**200 Bostic Yard Rd.**<br>**Bostic, NC  28018** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Stephen Howard**<br>**P.O. Box 308**<br>**Mataorda, TX  77457** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Sterling Alford**<br>**6242 Candlewick Court**<br>**San Antonio, TX  78244** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Steve A. Jackson**<br>**145 Boss Moore Rd.**<br>**Caroleen, NC  28019** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Steve Allen Pilkington**<br>**237 Red Bank Rd.**<br>**Waynesville, NC  28786** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |

Sheet _____ **162** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Robinson, Robert Ray
_____
Debtor(s)

Case No. 05-41406

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Steve D. Wells**<br>**394 Salvage Dr.**<br>**Old Fort, NC  28762** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Steve E. Townsend**<br>**5141 Goldfinch St.**<br>**Granite Falls, NC  28630-8397** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Steve Hojancki**<br>**1310 Hammock Ave.**<br>**Shelby, NC  28152** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Steve McMahan**<br>**1385 17th Ct SW**<br>**Vero Beach, FL  32962** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Steve Pilkington**<br>**dba L & ME, Inc.**<br>**237 Red Bank Rd.**<br>**Waynesville, NC  28786** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Steven A. McClean**<br>**14 Depot Street**<br>**Due West, SC  29639** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |
| Account No.<br>**Steven Wade Alexander**<br>**407 Green Street**<br>**Rutherfordton, NC  28139** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | **0.00** |

Sheet _____**163** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**                                                    Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Stevie Brown**<br>**2700 Camp Creek Pkwy #K6**<br>**College Park, GA  30337** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**Stone Truck Service**<br>**1329 Management Way**<br>**Charlotte, NC  28206** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**Stonier Transportation**<br>**3131 St Johns Bluff Rd S**<br>**Jacksonville, FL  32246** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**Streamline Transport**<br>**729 II Rt 83 Sutie 320**<br>**Bensenville, IL  60106** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**Stuart E. Lewis**<br>**Lewis Enterprise**<br>**2465 Pebblebrook Circle**<br>**Conroe, TX  77384** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**Susan Roddy**<br>**P.O. Box 790**<br>**Marietta, SC  29661** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**T M Brown Trucking Inc.**<br>**P.O. Box 673**<br>**Houston, TX  38851** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |

Sheet _____ **164** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                          Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**T&J Hauling, LLC**<br>**825 Lincoln Drive**<br>**Starkville, MS 39759** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**T. Mark Butcher**<br>**524 Ricegrass Dr.**<br>**Chaparral, NM 88081** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**T.S. Stegall Trucking Co.**<br>**P.O. Box 98**<br>**Matthews, NC 28106** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**T.W.L. Inc.**<br>**P.O. Box 2229**<br>**Pembroke, NC 28372** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**TAB Bank**<br>**P.O. Box 150290**<br>**Ogden, UT 84415-9902** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 1,217,604.63 |
| Account No.<br>**TAB Bank**<br>**P.O. Box 150290**<br>**Ogden, UT 84415-9902** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 625,000.00 |
| Account No.<br>**TAB Bank**<br>**P.O. Box 150290**<br>**Ogden, UT 84415-9902** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 1,217,604.63 |

Sheet _____ **165** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)  **3,060,209.26**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Robinson, Robert Ray**

Debtor(s)

Case No. **05-41406**

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Takatz Enterprises, LLC**<br>**26211 Lonenbaugh Rd.**<br>**Katy, TX  77493** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br>**Tammie M. Drummond**<br>**100 Duncan St., Apt F4**<br>**Duncan, SC  29334** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br>**Tammy L. Lance**<br>**P.O. Box 126**<br>**Boynton, OK  74422** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br>**Taskmaster Computer Center**<br>**P.O. Box X141**<br>**Rutherfordton, NC  28139** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 340.40 |
| Account No. <br><br>**TBS-Carolinas**<br>**9201-J Southern Pine Blvd.**<br>**Charlotte, NC  28273** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 1,431.38 |
| Account No. <br><br>**TCI Tire Center**<br>**Store #605**<br>**9252 Wallisville Rd.**<br>**Houston, TX  77013** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 662.00 |
| Account No. <br><br>**Teddy Tom Phalin**<br>**P.O. Box 121**<br>**Helen, WV  25853** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **166** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)      **2,433.78**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**
_____
Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Telcom** <br> **P.O. Box 906** <br> **Hickory, NC  28603** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 2,211.70 |
| Account No. <br> **Tent Campbell** <br> **P.O. Box 205** <br> **Forest City, NC  28043** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Terry Allen Clark** <br> **P.O. Box 155** <br> **Drexel, NC  28619** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Terry Blackmon** <br> **Blackmon Trucking** <br> **3771 Fair Oaks Dr.** <br> **Belden, MS  38826** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Terry Britton** <br> **4926 Steel Meadows** <br> **Humble, TX  77346** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Terry Campbell** <br> **P.O. Box 205** <br> **Forest City, NC  28043** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 40,000.00 |
| Account No. <br> **Terry Frank Polson** <br> **52 Ranlo Ave.** <br> **Gastonia, NC  28054** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet ____**167**____ of ____**188**____ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)     **42,211.70**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                    Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Terry James Padgett**<br>**P.O. Box 427**<br>**Ellenboro, NC  28040** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Terry Joe Christopher**<br>**317 Killian St.**<br>**Waynesville, NC  28786** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Terry L. Grindstaff**<br>**123 Spring Hill Rd.**<br>**Bakersville, NC  28705** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Terry L. Kesecker**<br>**53 Lake Lamar Rd.**<br>**Nebo, NC  28761** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Terry Lee Stevens**<br>**5545 Fenwick**<br>**Toledo, OH  43623** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Terry Scott Loflin**<br>**108 Harold St.**<br>**Morganton, NC  28655** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Terry W. Kittel**<br>**08 Homes Pond Lane**<br>**Taylors, SC  29687** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **168** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**
Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Texas Child Support** <br> P.O. Box 659791 <br> San Antonio, TX 78265-9791 | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 987.93 |
| Account No. <br> **The Connecticut Indemnity Co.** <br> c/o Patricia G. Pegram, Esq. <br> P.O. Box 241352 <br> Charlotte, NC 28224-1352 | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. <br> **Rutherford Cty Clerk Of Court** <br> File 04-CVD-947 <br> P.O. Box 630 <br> Rutherfordton, NC 28139-0630 | | | **Assignee or other notification for:** <br> The Connecticut Indemnity Co. | | | | |
| Account No. <br> **The Houston Chronicle** <br> P.O. Box 80085 <br> Prescott, AZ 86304 | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 226.24 |
| Account No. <br> **Thomas Acuff** <br> 1995 Hunters Way <br> Newport, TN 37821 | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. <br> **Thomas C. Brigman Jr.** <br> 328 Roper Loop Road <br> Rutherfordton, NC 28139 | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. <br> **Thomas C. Walls** <br> 2224 West Blvd. <br> Charlotte, NC 28208 | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |

Sheet _____ **169** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    **1,214.17**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE __Robinson, Robert Ray__          Case No. __05-41406__

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Thomas E. Blaylock** <br> **P.O. Box 1863** <br> **Old Fort, NC  28762** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Thomas G. Smith** <br> **14022 Walters Rd., Lot #8074** <br> **Houston, TX  77014** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 1,499.91 |
| Account No. <br> **Thomas G. Smith** <br> **322 Folkway Dr.** <br> **Houston, TX  77060** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Thomas Gerald Slider** <br> **5239 Hudlow Rd.** <br> **Union Mills, NC  28167** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Thomas Irving Andrews** <br> **1107 Defender** <br> **Houston, TX  77029** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 569.59 |
| Account No. <br> **Thomas J. Hineman** <br> **12820 ½ Ellis Rd.** <br> **Pearland, TX  77581** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br> **Thomas Owen Mattox** <br> **792 Bateswood Dr. #6** <br> **Houston, TX  77079** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet ____**170** of ____**188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)     **2,069.50**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                              Case No. **05-41406**
                                     Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Thomas R. Sess, Jr.** <br> **271 Deanna Lane** <br> **Blacksburg, SC  29702** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. <br><br> **Thomas Transport** <br> **559 South Hood St** <br> **Olanta, SC  29114** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. <br><br> **Thor Transportation, Inc.** <br> **1300 Diamond Springs Rd, Suite 101** <br> **Virginia Beach, VA  23455** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. <br><br> **Tim Ennis** <br> **dba EEE Trucking, Inc.** <br> **P.O. Box 722** <br> **Icard, NC  28666** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. <br><br> **Tim Icard** <br> **3006 First Avenue NW** <br> **Hickory, NC  28601** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No. <br><br> **Time Warner Cable** <br> **P.O. Box 650050** <br> **Dallas, TX  75265-0050** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 129.95 |
| Account No. <br><br> **Timothy A. Castle** <br> **310 Hensley Ave.** <br> **Gallon, OH  44833** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |

Sheet _____ **171** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page) **129.95**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**
Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Timothy Dail Johnson**<br>**263 Bamboo Trail**<br>**Sylva, NC 28779** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Timothy Douglas Beam**<br>**316 Catawba River Rd.**<br>**Old Fort, NC 28762** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Timothy E. Heath**<br>**616 SE 71st Street**<br>**Oklahoma City, OK 73149** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Timothy Melvin**<br>**1338 Winter Walk Circle**<br>**Morrisville, NC 27560** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Timothy S. Hamrick**<br>**218 California St.**<br>**Spindale, NC 28160** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Timothy S. Scruggs**<br>**206 West Ave.**<br>**Greenville, SC 29611** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Timothy Scruggs**<br>**PMB 105**<br>**3115 Whitehorse Rd.**<br>**Greenville, SC 29611** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |

Sheet _____ **172** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)

(Complete only on last sheet of Schedule F) **TOTAL**
(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                      Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Timothy Sean Kelley**<br>**1018 Ball Rd.**<br>**Memphis, TN  38106** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**Timothy Wayne Dobbins**<br>**1354 Old US 74 Hwy.**<br>**Ellenboro, NC  28040** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 2,770.36 |
| Account No.<br>**TIP**<br>**Dept. 0015**<br>**75 Remittance Dr., Suite 1333**<br>**Chicago, IL  60675-1333** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 13,181.09 |
| Account No.<br>**Martin J. Weis, Esq.**<br>**Dilworth Paxson LLP**<br>**1735 Market St., Suite 3200**<br>**Philadelphia, PA  19103-7595** | | | **Assignee or other notification for:**<br>**TIP** | | | | |
| Account No.<br>**Titan Transport**<br>**1166 Curtis St**<br>**Monroe, NC  28112** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**TLX**<br>**P.O. Box 60252**<br>**Rochester, NY  14606** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 0.00 |
| Account No.<br>**TMI**<br>**P.O. Box 8899**<br>**Denver, CO  80201** | | | **For notice purposes regarding any potential personal liability for corporate debt** | | | | 2,531.65 |

Sheet _____ **173** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                **18,483.10**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                                   Case No. **05-41406**
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Today's Trucking** **10 Le Way Drive** **Fredericksburg, VA  22406** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Todd Taylor Groves** **165 Crown Court** **Kings Mountain, NC  28086** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Tolby McDaniel** **P.O. Box 646** **Ball, LA  71405** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Tom C. Express, Inc.** **516 Armory Dr.** **South Holland, IL  60473** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Tom McLeod Software** **P.O. Box 43200** **Birmingham, AL  35243-0200** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 5,904.80 |
| Account No. **Tom S. Turner** **32644 Dobbin Huffsmith Rd.** **Magnolia, TX  77354** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Tommy Edward Stevenson** **210 Pickney St.** **Chester, SC  29706** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **174** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page) |  **5,904.80**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Robinson, Robert Ray**
                                    Case No. **05-41406**
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Tony L. Haney<br>340 Rob Long Rd.<br>Rutherfordton, NC  28139** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Tony McKinley Silver<br>737 Silver Welch Rd.<br>Old Fort, NC  28762** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Tony Ray Arrowood<br>207 Deerview Dr.<br>Rutherfordton, NC  28139** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Topez Trucking<br>9909 South Shore Dr #20<br>Plymouth, MN  55441** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Tracy Earp<br>210 Morgan St.<br>Forest City, NC  28043** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Tracy W. Carswell<br>P.O. Box 2383<br>Morganton, NC  28680** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**Trade Winds<br>12146 70th St North<br>Largo, FL  33773** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **175** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ- Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                    Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Trans One**<br>**2140 Colonial Dr**<br>**Corydon, IN  47112** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. <br><br>**Transborder Logistics, Inc.**<br>**4709 N. 5th St.**<br>**Mallen, TX  78504** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. <br><br>**Transcore**<br>**P.O. Box 6050**<br>**Carol Stream, IL  60197-6050** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **1,700.00** |
| Account No. <br><br>**Transfer USA**<br>**12123 Beckford Estates Dr**<br>**Maryland Heights, MO  63043-4220** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. <br><br>**Transport Leasing**<br>**1330 Dews Pond Rd**<br>**Calhoun, GA  30701** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. <br><br>**Transportation Alliance Bank**<br>**P.O. Box 150290**<br>**Ogden, UT  84115-9902** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No. <br><br>**June K. Allison**<br>**Wishart Norris Henninger & Pittman PA**<br>**6832 Morrison Blvd.**<br>**Charlotte, NC  28211** | | | Assignee or other notification for: **Transportation Alliance Bank** | | | | |

Sheet _____ **176** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                    **1,700.00**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                                                Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Transportation Alliances In Trail**<br>**5176 E. Holmes Rd.**<br>**Memphis, TN  38118** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**Transportation Spec. Ins.**<br>**Attn: Stephanie Crossley**<br>**4185 Harrison Blvd., Ste. 201**<br>**Ogden, UT  84403** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 57,000.00 |
| Account No.<br><br>**Tri City Medical**<br>**P.O. Box 580**<br>**Forest City, NC  28043** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**Triple B Transportation**<br>**123 Fifth St**<br>**Rose Hill, NC  28458** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**TropicalCargo**<br>**P.O. Box 421**<br>**Carteret, NJ  07008** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**Troy Shane Gibson**<br>**21531 Roseville**<br>**Spring, TX  77388** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**TRT Carriers, Inc.**<br>**3131 St. Johns Bluff Rd.**<br>**Jacksonville, FL  32246** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____**177** of _____**188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                57,000.00

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**

Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Truck Service, Inc. P.O. Box 390 Forest City, NC 28043 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. | | | | | | | |
| Trucking Jobs P.O. Box 1966 Tuscaloosa, AL 35403-1966 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 1,600.00 |
| Account No. | | | | | | | |
| Truckload Transportation P.O. Box 6948 Ft Worth, TX 76134 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. | | | | | | | |
| Truenorth Co. 421 4th Ave. SE, P.O. Box 1863 Cedar Rapids, IA 52408 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 27,093.25 |
| Account No. | | | | | | | |
| Tryone Genright 415 Willie Hodge Rd. Mullins, SC 29574 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. | | | | | | | |
| TSIA 4185 Harrison Blvd., Suite 201 Ogden, UT 84403 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 919,669.03 |
| Account No. | | | | | | | |
| Tussey Trucking P.O. Box 632 Lawrenceville, IL 62439 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 3,100.00 |

Sheet _____ **178** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)  951,462.28

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Robinson, Robert Ray**

Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Twin County Transportation** 93 Allen Blvd Farmingdale, NY 11735 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **TWL Inc** P.O. Box 2229 Pembroke, NC 28372 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **TWS Express** 4000 Bethel Ave Indianapolis, IN 46203 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **Ulla Trucking** 14327 Greater Pines Blvd Clermont, FL 34711 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. **UPS** P.O. Box 7247-0244 Philadelphia, PA 19170-0255 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 5,403.84 |
| Account No. **US Postal Service** CMRS-POC P.O. Box 7247-0255 Philadelphia, PA 19170-0255 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 809.50 |
| Account No. **US Treasury** IRS-ACS P.O. Box 24017 Fresno, CA 93779-9881 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 632.39 |

Sheet **179** of **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)  **6,845.73**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Robinson, Robert Ray** _____   Case No. **05-41406**
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **USIS Commercial Serv.** <br> **Dept. 130 OIO Box 21228** <br> **Tulsa, OK  74121-1228** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 1,703.90 |
| Account No. <br><br> **V2 Logistics** <br> **P.O. Box 518** <br> **Royersford, PA  19468** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Vasile Hapenciuc** <br> **9803 W. Sam Houston Pkwy Suite 2123** <br> **Houston, TX  77099** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Vaughan Transport** <br> **116 Cooley Industrial Dr** <br> **Lagrange, GA  30241** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Vector Transportation** <br> **P.O. Box 3292** <br> **Tupelo, MS  38803** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Verizon Wireless** <br> **P.O. Box 660108** <br> **Dallas, TX  75266-0108** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 2,176.75 |
| Account No. <br><br> **Victoriano Moreno** <br> **1220 Williams St.** <br> **El Campo, TX  77437** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet ____ **180** of ____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)   **3,880.65**

(Complete only on last sheet of Schedule F)  **TOTAL**  _____

(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**
Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Virgie Turner**<br>**327 Morow Dr.**<br>**Forest City, NC  28043** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**Visileios Galanis**<br>**11211 Winspring Dr.**<br>**Tomball, TX  77377** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**Vitoriano Moreno**<br>**1220 Williams St.**<br>**El Campo, TX  77437** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 5,346.01 |
| Account No.<br><br>**Vivian C. Bryant**<br>**300 East 5th Avenue**<br>**Lexington, NC  27295** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**Vivian Sawyers**<br>**10042 N. Kitchen Rd.**<br>**Moresville, IN  46158** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**Volunteer Fast Freight**<br>**1005 E Red Bud Dr**<br>**Knoxville, TN  37920** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**W.S. Thomas Transfer, Inc.**<br>**1845 Morgantown Ave.**<br>**Fairmont, WV  26554** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **181** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)  **5,346.01**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE Robinson, Robert Ray
_____
Debtor(s)                                                    Case No. 05-41406

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Wake Forest University Health Services Medical Center Blvd. Winston-Salem, NC 27157 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 10,673.00 |
| Account No. Walls Enterprises LLP dba RT Peterson Trucking P.O. Box 2855 Lubbock, TX 79408 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Walmart #1036 Attn: Kim Lewis 197 Plaza Drive Forest City, NC 28043 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Walter F. Terry 1168 Newport Rd. Raphine, VA 24472 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Walter J. Walters 247 Crowe Dairy Rd. Forest City, NC 28043 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Walter Kenneth Fowler, Jr. 1010 Spring Dr. Gastonia, NC 28052 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. Wanda M. Higgins 6124 McKee Rd. Shelby, NC 28150 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____182_ of _____188 Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                          10,673.00

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Robinson, Robert Ray
_____   Case No. 05-41406
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Wayne Coston Dowdy**<br>**207 Carol Path Lot 16**<br>**Dallas, GA  30157** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**Wendell Forrest Langston**<br>**8489 Old Percival Rd., Lot 15**<br>**Columbia, SC  29223** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**Wesley R. Kight**<br>**Rt 3, Box 246**<br>**Nebo, NC  28761** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**Wesley Ray Stewart**<br>**1060 Old Ball Park Rd.**<br>**Spindale, NC  28160** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**West Atlantic Trans Corp**<br>**P.O. Box 167**<br>**Concord, NC  28026** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**West Florida Transport**<br>**5500-4 Division Dr**<br>**Ft Myers, FL  33905** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br><br>**Wilfred N. Boyd**<br>**131 Floyd Rd.**<br>**Gastonia, NC  28056** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |

Sheet _____**183** of _____**188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**                                    Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**William D. Grizzle**<br>**13902 Fleur De Lis**<br>**Cypress, TX  77429** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**William Dean Tapp**<br>**991 McAbee Rd.**<br>**Spartanburg, SC  29306** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**William E. Mitchell**<br>**155 Link Circle**<br>**Lexington, NC  27292** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 1,725.39 |
| Account No.<br>**William Edward Mitchell**<br>**P.O. Box 1741**<br>**Welcome, NC  27374** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**William Eugene Vaughn**<br>**62 Watkins Lane**<br>**Mason, TN  38049** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**William G. Buck**<br>**3600 Chateau Dr., Unit 230**<br>**Columbia, SC  29204** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br>**William H. Blackman**<br>**139 Odena Rd. South**<br>**Sylacauga, AL  35150** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet ____**184** of ____**188** Continuation Sheets attached to Schedule F

Subtotal<br>(Total of this page)                    1,725.39

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                    Case No. **05-41406**
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**William H. Halbrook**<br>**531 Hilltop Farm Rd.**<br>**Canton, NC  28716** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**William Hempling**<br>**609 Metairie Apt 104**<br>**Metairie, LA  70005** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**William J. Browning, Jr.**<br>**301 McCluney Dr.**<br>**Gaffney, SC  29341** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**William J. Ideker**<br>**1917 Rosewood Lane**<br>**Huntsville, TX  77340** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**William J. Walker**<br>**16 Hillary Cir**<br>**New Castle, DE  19720** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**William Joseph Stone**<br>**200 McGuire Rd.**<br>**Pisgah Forest, NC  28768** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>**William K. Baines**<br>**3711 Southmore #1117**<br>**Houston, TX  77004** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____ **185** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE Robinson, Robert Ray _____    Case No. 05-41406
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**William L. Milligan**<br>**715 Douglas St.**<br>**Shelby, NC  28150** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**William Lloyd**<br>**1420 Old Dunbar Rd., Lot 118**<br>**West Columbia, SC  29172** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**William M. Branch**<br>**P.O. Box 489**<br>**Crystal Springs, MS  39059** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**William R. Galloway**<br>**9003 Ledge**<br>**Houston, TX  77075** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**William Ray Messer**<br>**111 Goldenrod Dr.**<br>**Marion, NC  28752** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**William S. Reese**<br>**P.O. Box 154**<br>**Morganton, NC  28680** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |
| Account No.<br>**William Thomas Prevatte**<br>**315 East McLean St.**<br>**Saint Pauls, NC  28384** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | **0.00** |

Sheet _____**186** of _____**188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Robinson, Robert Ray**                                    Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>William W. Weese<br>821 McSwain Rd.<br>Shelby, NC  28150 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Willie E. Hill<br>228 Burton Lane<br>Baldwym, MS  38824 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Willie Gillespie<br>1458 Old Hwy 12<br>Starkville, MS  39759 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Willie Robinson<br>4507 Flowers Dr.<br>Claremont, NC  28610 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Winfred Cordell Dewberry<br>20 Bantley St.<br>Spindale, NC  28160 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>WJ Trucking<br>8510 Moody<br>Burbank, IL  60459-2528 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No.<br><br>Woodard Eubanks & Sons LLP<br>15 Maxwell Ln<br>Buleville, MS  38771 | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |

Sheet _____**187** of _____**188** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Robinson, Robert Ray**
Debtor(s)

Case No. **05-41406**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Xpress Logistics** <br> **P.O. Box 326** <br> **Lebanon, TX  37088** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **Yolanda Garcia** <br> **705 McDaniel St.** <br> **Houston, TX  77022** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. <br><br> **ZR Express, Inc.** <br> **7743 Farragut** <br> **Chicago, IL  60656** | | | For notice purposes regarding any potential personal liability for corporate debt | | | | 0.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet _____ **188** of _____ **188** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**   **10,001,743.42**
(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Robinson, Robert Ray**
                                    Debtor(s)                                    Case No. **05-41406**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete addresses of all other parties to each lease or contract described.

**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| **Verizon Wireless**<br>**P.O. Box 660108**<br>**Dallas, TX  75266-0108** | **Debtor elects to reject contract for cell phone service to the extent he is responsible for any personal liability for corporate debt** |
| **GE Equipment Service**<br>**1906 Bancroft St.**<br>**Charlotte, NC  28206** | **Debtor elects to reject contract for leased equipment to the extent he is responsible for any personal liability for corporate debt** |
| **Caroleasing**<br>**P.O. Drawer 488**<br>**Hickory, NC  28603** | **Debtor elects to reject contract for leased equipment to the extent he is responsible for any personal liability for corporate debt** |
| **John R. Fayard, Jr.**<br>**P.O. Box 6403**<br>**Gulfport, MS  39506-6403** | **Debtor elects to reject lease for commercial property** |
| **CIT Technology Financial Service**<br>**P.O. Box 1638**<br>**Livingston, NJ  07039** | **Debtor elects to reject lease for computer & printer/scanner** |
| **Integrated Decision Support**<br>**899 Presidential Dr., Suite 117**<br>**Richardson, TX  75081** | **Debtor elects to reject lease for software** |
| **Penske Truck Leasing**<br>**Route 10, Green Hills, P.O. Box 563**<br>**Reading, PA  19603-0563** | **Debtor elects to reject vehicle lease agreement 2005 Freightliner to the extent that he is personally responsible** |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

IN RE **Robinson, Robert Ray**                                                                Case No. **05-41406**
_____
                              Debtor(s)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE H - CODEBTORS

IN RE **Robinson, Robert Ray**                                            Case No. **05-41406**
_____
Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP | AGE |
| | | |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

Income: (Estimate of average monthly income)                          DEBTOR        SPOUSE

| | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rata if not paid monthly) | $ _____ | $ _____ |
| Estimated monthly overtime | $ _____ | $ _____ |
| **SUBTOTAL** | $ **0.00** | $ **0.00** |
| **LESS PAYROLL DEDUCTIONS** | | |
|   a. Payroll taxes and Social Security | $ _____ | $ _____ |
|   b. Insurance | $ _____ | $ _____ |
|   c. Union dues | $ _____ | $ _____ |
|   d. Other (specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ **0.00** | $ **0.00** |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $ **0.00** | $ **0.00** |
| | | |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ | $ _____ |
| Income from real property | $ _____ | $ _____ |
| Interest and dividends | $ _____ | $ _____ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ _____ | $ _____ |
| Social Security or other government assistance | | |
| (Specify) **Social Security Retirement** | $ **1,242.00** | $ _____ |
| | $ _____ | $ _____ |
| Pension or retirement income | $ _____ | $ _____ |
| Other monthly income | | |
| (Specify) **Wife's NC State Retirement Income** | $ **1,965.45** | $ _____ |
| | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| | | |
| **TOTAL MONTHLY INCOME** | $ **3,207.45** | $ **0.00** |

**TOTAL COMBINED MONTHLY INCOME $ _____ 3,207.45** (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Robinson, Robert Ray**
Debtor(s)                                                              Case No. **05-41406**

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ _____ |
| Are real estate taxes included?     Yes _____ No ✓ | |
| Is property insurance included?     Yes _____ No ✓ | |
| Utilities:  Electricity and heating fuel | $ 250.00 |
|     Water and sewer | $ 40.00 |
|     Telephone | $ 25.00 |
|     Other **See Schedule Attached** | $ 266.00 |
| | $ _____ |
| | $ _____ |
| Home maintenance (repairs and upkeep) | $ 50.00 |
| Food | $ 275.00 |
| Clothing | $ 100.00 |
| Laundry and dry cleaning | $ 85.00 |
| Medical and dental expenses | $ 150.00 |
| Transportation (not including car payments) | $ 275.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| Charitable contributions | $ 300.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | $ 53.83 |
|     Life | $ _____ |
|     Health | $ 358.06 |
|     Auto | $ 45.92 |
|     Other  **See Schedule Attached** | $ 310.32 |
| | $ _____ |
| | $ _____ |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) **Ad Valorem Taxes On Home** | $ 250.00 |
|     **Personal Property Taxes On Auto(s)** | $ 82.50 |
|     **Tag & Inspections** | $ 16.66 |
| Installment payments (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|     Auto | $ _____ |
|     Other | $ _____ |
| | $ _____ |
| Alimony, maintenance, and support paid to others | $ _____ |
| Payments for support of additional dependents not living at your home | $ _____ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ _____ |
| Other  **Glaucoma Treatments For Wife** | $ 58.00 |
|     **Dental Expenses For Wife** | $ 40.00 |
|     **Personal Care (Haircuts, Etc.)** | $ 75.00 |
| | $ _____ |
| | $ _____ |

**TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)**      $ 3,206.29

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A.  Total projected monthly income | $ _____ |
| B.  Total projected monthly expenses | $ _____ |
| C.  Excess income (A minus B) | $ _____ |
| D.  Total amount to be paid into plan each _____ | $ _____ |
| (interval) | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)**

**IN RE** <u>Robinson, Robert Ray</u>
Debtor(s)

Case No. <u>**05-41406**</u>

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

Other Utilities (DEBTOR)

| | |
|---|---|
| **Natural Gas For Hot Water Heater & Stove** | **50.00** |
| **Internet** | **49.00** |
| **Dish Network** | **59.00** |
| **Cell Telephones (2)** | **108.00** |

Other Insurance (DEBTOR)

| | |
|---|---|
| **Auto Insurance Paid By Wife** | **98.58** |
| **AFLAC Intensive Care** | **8.58** |
| **AFLAC Cancer Insurance** | **28.00** |
| **Wife's Long Term Care Ins** | **75.16** |
| **Debtor's Long Term Care Ins** | **100.00** |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)**

IN RE **Robinson, Robert Ray**                                                                 Case No. **05-41406**
Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **204** sheets, and that
(Total shown on summary page plus 1)
they are true and correct to the best of my knowledge, information, and belief.


Date: **October 25, 2005** _____          Signature: _/s/ Robert Ray Robinson_ _____
**Robert Ray Robinson**
Debtor

Date: _____          Signature: _____
(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.
                                                               (Required by 11 U.S.C. § 110(c).)

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____          _____
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1)

Date: _____          Signature: _____

_____
(Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.**

**DECLARATION CONCERNING DEBTOR'S SCHEDULES**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**

**Western District of North Carolina, Shelby Division**

| IN RE: | Case No. **05-41406** |
|---|---|
| **Robinson, Robert Ray** | Chapter **7** |
| Debtor(s) | |

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

"*In business.*" A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"*Insider.*" The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| 11,000.00 | 2004 Employment income from Southeastern Transport, Inc. |

**Per 2004 1040 income tax returne, the debtor's actual adjusted gross income was -$1,147,235.00**

| | |
|---|---|
| 10,010.00 | 2003 Employment income Southeastern Transport, Inc. |
| 430,333.00 | 2003 Gross receipts from equipment leasing |

---

**2. Income other than from employment or operation of business**

None ☐  State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 11,178.00 | 2005 YTD SS Retirement income |
| 4,275.00 | 2005 Rental income from terminal |
| 4,321.00 | 2004 Interest & ordinary dividends |
| 27,492.00 | 2004 Sale of Walt Disney Co. stock net proceeds (capital gain $3,967) |
| 320.00 | 2004 Cendant Corporation Litigation capital gain |
| 45,104.00 | 2004 Rental income from terminal |
| 146,025.00 | 2004 Equipment sale (value given is net proceeds - capital loss of $354,315) |
| 7,500.00 | 2004 Equipment sale for property used in business |
| 20,244.00 | 2003 Interest income |
| 39.00 | 2003 Dividend income |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

15,900.00  2003 Rental income from terminal

**3. Payments to creditors**

None ☑   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑   b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Carolina First Bank, Inc. vs Robert E. Robinson 05-CVD-1212** | **Civil Summons & Complaint Contract Non-Jury** | **Henderson County District Court** | **Pending** |
| **Financial Federal Credit, Inc. vs Robert R. Robinson, Southwestern Logistics, LLC, and Kimberly R. Henderson Cause No 842483** | **Petition & Citation** | **Harris County, TX Civil Court** | **Pending** |
| **Clifford A. Davis vs Southwestern Logistics, LLC and NC Industrial Commission vs Southwestern Logistics, LLC and Kimberly Henderson, individually, and Robert R. Robinson, individually, and Sharon Elchisco, individually IC File No 334482** | **Workman's Comp Claim** | **NC Industrial Commission** | **Pending** |
| **Kenneth W. Bramhall and Tege A. Bramhall vs Emmanuel Cooper and Southeastern Transportation, Inc. 04-CVS-01986** | **Personal injury action** | **Union County Superior Court** | **Pending** |
| **Carolina First Bank vs Southeastern Transport, Inc.** | **Foreclosure (trucking terminal)** | **Rutherford Court Superior Court** | **Completed** |

None ☑   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Financial Federal 10715 David Taylor Dr Charlotte, NC  28262** | **2005** | **Repossession of numerous vehicles owned & used by Southeastern Transport** |
| **Ford Motor Credit Company Nat'l Recovery Dept P.O. Box 6508 Mesa, AZ  85216-6508** | **2005** | **5 trucks repossessed; def balances reflected in Schedule F** |
| **CNH Capital America LLC** | **August 2005** | **5 Kenworth trucks; disposition of sale** |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS

P.O. Box 3600
New Holland, PA  17601

| | | |
|---|---|---|
| Carolina First Bank<br>P.O. Box 1029<br>Greenville, SC  29602 | 2005 | Foreclosure of trucking terminal in<br>conjunction with CF Accounting |
| GE Equipment Service<br>1906 Bancroft St.<br>Charlotte, NC  28206 | 2005 | all trailers for Southeastern Transport were<br>repossessed and sold |

*(unknown)*

---

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

---

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON<br>OR ORGANIZATION | RELATIONSHIP TO<br>DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND<br>VALUE OF GIFT |
|---|---|---|---|
| **First United Methodist Church**<br>**264 N. Main St.**<br>**Rutherfordton, NC  28139** | **church** | **2005 / 2004** | **est $9,000 / $19,048** |
| **Spindale United Methodist Church**<br>**Spindale, NC** | | **2005** | **$125** |
| **Various Charities** | | **2004** | **$2,345** |

---

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF<br>PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION<br>AND VALUE OF PROPERTY |
|---|---|---|
| **O. Max Gardner III**<br>**P.O. Box 1000**<br>**Shelby, NC  28151-1000** | **September 2005** | **$209 Chapter 7 filing fee**<br>**$7,291 attorney fee** |

---

**10. Other transfers**

None ☑ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, association, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Carolina First Bank**<br>**340 Charlotte Rd.**<br>**Rutherfordton, NC  28139-3033** | **checking acct** | **Final bal $271.89 at closing on 6/28/05** |

---

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

---

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**18. Nature, location and name of business**

None ☐    a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Southeastern Transport, Inc.** | 56-1578184 | **P.O. Box 391 Rutherfordton, NC 28139** | **Trucking company** | **1986 - 2005; purchased 12.31.02 by debtor** |
| **Southwestern Logistics, LLC** | 56-2156319 | **P.O. Box 391 Rutherfordton, NC 28139** | **Trucking company** | **Incorporated end of 1999; business operations began 1.3.00; ceased June 2003** |
| **R & R Of Carolina, Inc.** | 56-2131786 | **P.O. Box 271 Rutherfordton, NC 28139** | **Real estate investment** | **2003 - 2004** |

**Only transaction for this entity was a purchase of a condo in Myrtle Beach, SC which was subsequently sold with the proceeds invested in the stock market. The company was terminated in the first part of 2004 at which time all stock was sold and the debtor received $27,492**

| | | | | |
|---|---|---|---|---|
| **S.E.T. Freight Services, Inc.** | 20-0832684 | **P.O. Box 391 Rutherfordton, NC 28139** | **Brokerage** | **Sept 2004 - March 2005** |

None ☑    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Lowdermilk, Church & Co. 121 N. Sterling St. Morganton, NC 28655** | **2000 - present** |
| **Bell & Company, PA 4508 Burrow Dr. North Little Rock, AR 72116** | **Corporate tax returns 2004** |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Bell & Company, PA** | **2004** |
| **4508 Burrow Dr.** | |
| **North Little Rock, AR  72116** | |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Lowdermilk, Church & Co.**
**121 N. Sterling St.**
**Morganton, NC  28655**

None ☑ d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Robert Ray Robinson** | **President** | **100% stock ownership in Southeastern** |
| **P.O. Box 271** | | **Transport, Inc.** |
| **Rutherfordton, NC  28139** | | |
| **Robert Ray Robinson** | **President** | **100% stock ownership in SET Freight** |
| **P.O. Box 271** | | **Services, Inc.** |
| **Rutherfordton, NC  28139** | | |
| **Robert Ray Robinson** | | **55% stock ownership interest in** |
| **P.O. Box 271** | | **Southwestern Logistics, LLC (daughter,** |
| **Rutherfordton, NC  28139** | | **Kimberly Henderson, held other 45% stock** |
| | | **ownership interest)** |

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of this case.

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date: **October 25, 2005**                     Signature  */s/ Robert Ray Robinson*
                                               of Debtor                                        **Robert Ray Robinson**

Date: _____                 Signature _____
                                               of Joint Debtor
                                               (if any)

                              _____**0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

**United States Bankruptcy Court**
**Western District of North Carolina, Shelby Division**

IN RE:                                                      Case No. **05-41406**

**Robinson, Robert Ray**                                   Chapter **7**
_____
                    Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to be Surrendered*

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME |
|---|---|
| **None** | |

*b. Property to be Retained [Check any applicable statement.]*

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME | PROPERTY IS CLAIMED AS EXEMPT | PROPERTY WILL BE REDEEMED PURSUANT TO 11 U.S.C. § 722 | DEBT WILL BE RE-AFFIRMED PURSUANT TO 11 U.S.C. § 524(C) |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| **10/25/2005** | */s/ Robert Ray Robinson* | | |
| Date | **Robert Ray Robinson** | Debtor | Joint Debtor (if applicable) |

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.
                                                               (Required by 11 U.S.C. § 110(c).)
_____

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____          _____
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only